UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 00 - 6147  CR-FERGUSON

MAGISTRATE JUDGE
SNOW

8 USC 1326

FILED by _____ 
JUN -1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA )
)
        Plaintiff, )
v. )
)
EVERALD KEVIN DICKS, )
a/k/a Lascelles Alexander Hall )
)
        Defendant. )
_____/

### INDICTMENT

The Grand Jury charges that:

On or about February 5, 2000, at Broward County, in the Southern District of Florida, the defendant,

EVERALD KEVIN DICKS
a/k/a Lascelles Alexander Hall,

an alien, having been previously deported to Jamaica on or about December 8, 1995, was found to be in the United States, knowingly and unlawfully, without the Attorney General



having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326 (a) and (b)(2).

A TRUE BILL

*Leonard Roth*
FOREPERSON

GUY A. LEWIS
ACTING UNITED STATES ATTORNEY

LYNN D. ROSENTHAL
ASSISTANT UNITED STATES ATTORNEY

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |

EVERALD KEVIN DICKS _____

**Superseding Case Information**:

**Court Division:** (Select One)

___ Miami ___ Key West
X   FTL   ___ WPB ___ FTP

New Defendant(s)       Yes ___   No ___
Number of New Defendants   _____
Total number of counts     _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:      (Yes or No) NO _____
   List language and/or dialect _____

4. This case will take __1__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | X____ | Petty | _____ |
| II | 6 to 10 days | _____ | Minor | _____ |
| III | 11 to 20 days | _____ | Misdem. | _____ |
| IV | 21 to 60 days | _____ | Felony | X____ |
| V | 61 days and over | _____ | | |

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

Has a complaint been filed in this matter?(Yes or No) NO _____
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers:_____
Defendant(s) in federal custody as of_____
Defendant(s) in state custody as of _____02/05/00 (intermittently in INS custody)_____
Rule 20 from the _____ District of _____

Is this a potential death penalty case? (Yes or No) NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes  X  No   If yes, was it pending in the Central Region? ___ Yes ___ No

LYNN D. ROSENTHAL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 343226

*Penalty Sheet(s) attached

REV.4/7/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

Defendant Name: **EVERALD KEVIN DICKS**  Case No._____

Count #: 1

Re-entry after deportation

8 U.S.C. §1326

**\*Max. Penalty: 20 years' Imprisonment; and $250,000 fine.**

Count #:



**\*Max. Penalty:**

Count #:



**\*Max. Penalty:**

Count #:



**\*Max. Penalty:**

Count #:



**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable

10/9/98