AUSA Lynn Rosenthal    S/A John Solek, INS

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

EVERALD KEVIN DICKS

**TO:** **The United States Marshal and any Authorized United States Officer**

**WARRANT FOR ARREST**

CASE NUMBER: **00-6147**
**CR - FERGUSON**

MAGISTRATE JUDGE
SNOW

FILED by _____ JUN - 1 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD

YOU ARE HEREBY COMMANDED to arrest _____ EVERALD KEVIN DICKS _____
                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense) having been previously deported was found in the United States illegally,

in violation of Title _8_ United States Code, Sections _1326 (a) and (b)(2)_

CLARENCE MADDOX
Name of Issuing Officer

_Denny Butler_ (signature)
Signature of Issuing Officer

Bail fixed at _PRE-TRIAL DETENTION - Requested_ By _Lurana S. Snow_

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

June 1, 2000, Fort Lauderdale, Florida
Date and Location

LURANA S. SNOW, MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ EVERALD KEVIN DICKS _____

ALIAS: _____ Lascelles Alexander Hall _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____