UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

EVERALD K. DICKS, # 1

Defendant.

Case No. 00-6147-CR-FERGUSON

AUG 2 5 2000

### ORDER OF TRANSFER TO THE CLERK

The above-styled cause is hereby transferred to the Clerk's suspended file until such time as the defendant, Everald K. Dicks, #1 is apprehended.

DONE AND ORDERED at Miami, Florida, this 25th day of August 2000.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

C:
U.S. ATTORNEY OFFICE
CLERK OF COURT
U.S. MARSHAL