LDR:hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6147-CR-FERGUSON/SNOW



UNITED STATES OF AMERICA

v.

EVERALD KEVIN DICKS
_____/

PETITION FOR WRIT OF
HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its United States Attorney, shows to the Court:

1. An indictment is pending against Everald Kevin Dicks (DOB: 7/31/71, B/M, Inmate #193141) in the above-styled case. The defendant has been scheduled for an initial appearance before the Court on Thursday, February 14, 2002, at the United States District Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida.

2. Everald Kevin Dicks is now confined in the Union Correctional Institute, P. O. 221, State Road 16, Raiford, Florida 32083.

3. It is necessary to have said defendant before this Court for initial appearance and further court proceedings related to the pending indictment.

**WHEREFORE**, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said Everald Kevin Dicks and have the subject before this




Court at the time and place above specified, for an initial appearance; and upon completion of all court proceedings in the above-styled case to return the said defendant to the custody of the Warden of the aforesaid penal institution; and also directing the said Warden to deliver the said Everald Kevin Dicks into the custody of any United States Marshal for the aforesaid purpose.

                    GUY A. LEWIS
                    UNITED STATES ATTORNEY

By: _____
    LYNN D. ROSENTHAL
    Assistant United States Attorney
    Florida Bar Number 31343226
    500 East Broward Boulevard, Suite 700
    Fort Lauderdale, Florida 33394
    Telephone: (954) 356-7255x3510
    Facsimile: (954) 356-7336
    E-mail: Lynn.Rosenthal@usdoj.gov

Date: 1-29-02

cc:    Lynn D. Rosenthal, AUSA