LDR:hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6147-CR-FERGUSON/SNOW

UNITED STATES OF AMERICA

v.

EVERALD KEVIN DICKS

_____/



FILED by _____ D.C.

FEB 1 2 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   ANY UNITED STATES MARSHAL, and
      WARDEN, of the Union Correctional Institute, P. O. 221, St. Rd. 16, Raiford, FL

It appearing from the petition of the United States of America that Everald Kevin Dicks (DOB: 7/31/71, B/M, INMATE NO: DC 193141), a defendant in the above-styled case, is confined in the Union Correctional Institute, P. O. 221, State Road 16, Raiford, Florida, and that said case is set for an initial appearance at the United States District Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida, on Thursday, February 14, 2002, and that it is necessary for the said defendant to be before this Court for the said proceeding and further proceedings related to the pending indictment in the above-styled case;

**NOW, THEREFORE,** this is to command you, any United States Marshal, that you have the body of the said Everald Kevin Dicks, now in custody as aforesaid, under safe and secure conduct, before this Court at the United States District Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida, on Thursday, February 14, 2002, at 11:00 a.m., for an initial appearance



on the criminal charges pending against the subject in this cause, and upon completion of all proceedings in the above-styled case, that you return the subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of Union Correctional Institute, P. O. 221, State Road 16, Raiford, Florida, to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said Everald Kevin Dicks (DOB: 7/31/71, B/M, INMATE NO: DC 193141), for safe and secure conduct to this district for the purpose aforesaid.

**DONE and ORDERED** at Fort Lauderdale, Florida, this _____ day of February, 2002.

 

_____
UNITED STATES MAGISTRATE JUDGE
LURANA S. SNOW

cc:   Lynn D. Rosenthal, AUSA
      U.S. Marshal (5 certified copies)
      Chief Probation Officer
      Pre-Trial Services