UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C

02 FEB 12 AM 8:12

CLARENCE HADDOX
CLERK U.S. DIST. CT.
S.D. OF FL - MIAMI

United States
    Plaintiff,

v.

Everald Kevin Dicks
    Defendant

_____/

Case No. 00-6147-CR
                     WPD

Judge: L. S. Snow

Judge Ferguson

Notice of Availability
And Demand for Speedy Trial

      The defendant, Everald Dicks, Pro Se in this proceeding, hereby notifies this court of his whereabouts and availability and, pursuant to Federal Rules of Criminal Procedure, Title 18, Sec. 3161 (c)(1), invokes his right to speedy trial in the cause pending against him. In support, the defendant would show as follows:

1. Defendant is currently under the jurisdiction of the Florida Department of Corrections, and incarcerated at Union Correction Institution in Raiford, Florida. This incarceration is the result of a case unrelated to the above styled cause.
2. Defendant currently has a felony charge pending against him in the Southern District Of Florida.
3. It is the defendant's desire to be taken to the Southern District Court as soon as possible for the purpose of reaching a final disposition in the cause pending against him.
4. Defendant hereby enter this demand speedy trial pursuant to Federal Rules of Criminal Procedure, Title 18, Section 3161 (c)(1).
5. Defendant would further request that this Honorable Court enter an order to the U.S Marshal to transport him from the custody of the Florida Department of Correction, To appear before this court on a date certain to be set by court order. Pursuant, to Federal Rules of Criminal Procedure Title 18 Sec.3161(j)(1)(A) and (j)(1)(3).

Respectfully submitted,

Everald Dicks

Everald Dicks DC# 193141
Union Correction Institution
Dorm C1-202
7819 N.W. 228th St.
Raiford, FL 32026-4130

### Certificate of Service

I HEREBY CERTIFY that a true and correct copy of this Notice of Availability and Demand for Speedy Trial was furnished to the Office of the Federal Attorney for the United States District Court, The Southern District of Florida, 99 N.E. 4th Street, Miami, Florida 33132 by United Mail on ____the 6th____ day of February 2002

cc: Fitzmore Harris, Esq.
    160 Broadway Ste.# 1105
    N.Y., N.Y. 10038