AO 442 (Rev. 12/85) Warrant for Arrest

AUSA Lynn Rosenthal     S/A John Solek, INS

# United States District Court

SOUTHERN DISTRICT OF FLORIDA    480271

UNITED STATES OF AMERICA

V.

EVERALD KEVIN DICKS

**WARRANT FOR ARREST**

CASE NUMBER: 00-6147-CR-FERGUSON

TO:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    EVERALD KEVIN DICKS
                                           Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense) having been previously deported was found in the United States illegally,

in violation of Title  8  United States Code, Sections  1326 (a) and (b)(2)

CLARENCE MADDOX
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

June 1, 2000, Fort Lauderdale, Florida
Date and Location

Bail fixed at  PRE-TRIAL DETENTION - Requested  By  LURANA S. SNOW, MAGISTRATE JUDGE
                                                      Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at WHCAP from Union Correctional Institution |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6/1/00 | Edward Stubbs, acting USM SD/FL | Barry Golden, ASDUSM |
| DATE OF ARREST 3/4/02 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

