UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # SE013-004

UNITED STATES OF AMERICA )
        Plaintiff ) Case Number: CR 00-6147-CR-Ferguson
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
)
Dicks, Everald )
        Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office   MIAMI  (FT. LAUDERDALE)  W. PALM BEACH
    U.S. District Court      (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 2-28-02 _____ am/pm

(2) Language Spoken: English

(3) Offense(s) Charged: Ill. entry

(4) U.S. Citizen  [ ] Yes  [✓] No  [ ] Unknown

(5) Date of Birth: 7-31-71

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S. Fla

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $ PTD
Who set Bond: Snow

(7) Remarks: _____

(8) Date: 3-4-02   (9) Arresting Officer: _____

(10) Agency: _____   (11) Phone: _____

(12) Comments: _____