## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: EVERALD KEVIN DICKS (writ)         CASE NO: 00-6147-CR-FERGUSON
AUSA: LYNN ROSENTHAL                     ATTY:
AGENT:                                   VIOL: 8:1326
PROCEEDING: I/A ON INDICTMENT            RECOMMENDED BOND: PTD
BOND HEARING HELD - yes / no             COUNSEL APPOINTED:
BOND SET @:                              To be cosigned by:

[FILED MAR - 4 2002 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. FLA. FT. LAUD.]

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

*Advised of Charges*
*Cnsl to be retained*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 3-6 | // | Snow | ✓ |
| PTD/BOND HEARING: | 3-8 | // | Snow | ✓ |
| PRELIM/ARRAIGN/OR REMOVAL: | 3-8 | // | Snow | ✓ |
| STATUS CONFERENCE: | | | | |

DATE: 3/4/02   TIME: 1:30   FTL/LSS TAPE # 02- 010   Begin: 2428   End: 2559