## COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: EVERALD KEVIN DICKS (J)   CASE NO: 00-6147-CR-FERGUSON

AUSA: LYNN ROSENTHAL /Rice   ATTY: Robin Farnsworth

AGENT: _____   VIOL: _____

PROCEEDING: INQUIRY RE COUNSEL   RECOMMENDED BOND: PTD

BOND HEARING HELD - yes / no   COUNSEL APPOINTED: FPD

BOND SET @: 100,000 CSB   To be cosigned by:
w/Webber

FILED by _____ D.C.
MAR - 6 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

❏ Do not violate any law.

❏ Appear in court as directed.

❏ Surrender and / or do not obtain passports / travel documents.

❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

❏ Maintain or seek full - time employment.

❏ No contact with victims / witnesses.

❏ No firearms.

❏ Curfew: _____.

❏ Travel extended to: _____.

❏ Halfway House _____.

Sworn for Apptmt of Counsel

Parties reserve right to PTD hrg

Reading of Indictment Waived
Not Guilty plea entered
_____
_____ Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/ HEARING: | 3/8/02 | 11 A.M. | SNOW | |
| PRELIM/ARRAIGN.: | 3/8/02 | 11 A.M. | SNOW | |
| STATUS CONFERENCE: | 3/21 | 11 | BSS | |

DATE: 3/6/02   TIME: 11:00   FTL/LSS TAPE # 02- 014   Begin: 3029   End: 3343