UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6147-CR-FERGUSON

UNITED STATES OF AMERICA

vs

EVERALD KEVIN DICKS

ARRAIGNMENT INFORMATION SHEET

FILED by _____ D.C.
MAR - 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MARCH 4, 2002, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:          Address: __CUSTODY__

                    Telephone: _____

DEFENSE COUNSEL:    Name: __FPD__

                    Address: _____

                    Telephone: _____

BOND SET/CONTINUED: $ __100,000 CSB w/Nebbia__

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __6th__ day of __MARCH__, 2002.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
    Deputy Clerk

Tape No. __02-014__

cc: Copy for Judge
    U. S. Attorney