UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6147-CR-FERGUSON

UNITED STATES OF AMERICA,    :

    Plaintiff,              :

vs.                                      :

EVERALD KEVIN DICKS,         :

    Defendant.             :
_____/



## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

    Respectfully submitted,

    KATHLEEN M. WILLIAMS
    FEDERAL PUBLIC DEFENDER

By: _____
    Neison M. Marks
    Assistant Federal Public Defender
    Court Assigned No. A5500635
    1 E. Broward Boulevard
    Suite 1100
    Fort Lauderdale, Florida 33301
    (954) 356-7436
    (954) 356-7556 (fax)



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 7 day of March, 2002 to Lynn Rosenthal, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

Neison M. Marks

S:\Marks\Dicks\ASSIGN