UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6147-CR-FERGUSON

UNITED STATES OF AMERICA )
)
)
)
v. )
)
)
EVERALD DICKS, )
)
)
Defendant. )
)



## GOVERNMENT'S SECOND RESPONSE TO

## THE STANDING DISCOVERY ORDER

The United States hereby files this second response to the Standing Discovery Order.

1. Attached it the back side of the deportation warrant.

2. There are no statements, other than what has already been provided.

3. The government has provided all documentation related to the defendant concerning his failure to reapply for admission to the United States.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
Lynn D. Rosenthal
Assistant United States Attorney
Florida Bar No. 343226
500 East Broward Blvd.
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this 18TH day of MARCH, 2002 to: Neison Marks, Assistant Federal Public Defender, 1 East Broward Blvd., Suite 1100, Fort Lauderdale, FL 33301

Lynn D. Rosenthal
Assistant United States Attorney

WARRANT FOR DEPORTATION OF

Dicks, Everald
(Name of Deportee)

Deported at Port of   Miami                              on   12-8-95
                    (port of departure from the U.S.)        (date of departure)

via   AA FT # 1735
    (manner of departure; identify airline or ship; if other, state: afoot, car, etc.)

Departure witnessed by:   José Cardona, DEO
                        (signature and title of officer)

If actual departure not witnessed, fully identify source or means of departure verification: _____

If self-deportation pursuant to 8CFR 243.5, check here ☐

Officer Executing Warrant:   José Cardona, DEO
                           (signature and title)

Date Form Completed:   12-8-95

Comments:

X Everald Dicks
(signature of person fingerprinted)

_____
(signature of official taking print)

right thumb print

_____
(title of official taking print)

GPO 883 444