## COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: EVERALD KEVIN DICKS (no deft)    CASE NO: 00-6147-CR-Ferguson

AUSA: Lynn Rosenthal _present_    ATTY: FPD _Neesham_

AGENT: _____    VIOL: _Marc_

PROCEEDING: STATUS CONFERENCE    RECOMMENDED BOND: _____

BOND HEARING HELD - yes / no    COUNSEL APPOINTED: _____

BOND SET @: _____    To be cosigned by: _____

**FILED BY INTAKE D.C.**
**MAR 21 2002**
**CLARENCE MADDOX**
**CLERK U.S. DIST. CT.**
**S.D. OF FLA. - FT. LAUD.**

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

_Discovery out - Gov't ready 7 days to try_

_X - still in investigative phase - not for discovery_

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:    PLACE:

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL: _____

STATUS CONFERENCE: _____

DATE: 3-21-02    TIME: 11:00am    FTL/LSS TAPE # 02- 02- 019    Begin: 576    End: 671