UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6147-CR-FERGUSON

UNITED STATES OF AMERICA,

VS.

EVERALD KEVIN DICKS,

        Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on March 21, 2002. At that conference, the parties informed the Court as follows:

1.    The Government indicated that it has complied with its obligations under the Standing Discovery Order. The Government informed the Court that the defense has filed a motion for additional discovery and that it will be responding to that motion. Finally, the Government stated that it is ready to proceed and that this matter would require two days to try.

2.    Defense counsel confirmed that he has filed a motion for additional discovery and is awaiting the Government's response.

DATED at Fort Lauderdale, Florida this 21st day of March 2001.

BARRY S. SELTZER
United States Magistrate Judge



1

Copies to:

Honorable Wilkie D. Ferguson, Jr.
United States District Judge

Lynn Rosenthal, Esquire
Assistant United States Attorney

Federal Public Defender's Office
Attorney for Defendant