UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6147-CR-FERGUSON

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| EVERALD DICKS, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL**

The United States of America, through its undersigned counsel, hereby files this response to defendant's motion to compel and states as follows:

1. The United States has requested a copy of the deportation tape from INS. It is hopeful that the tape is forthcoming. Upon receipt, the undersigned will notify defense counsel.

2. The defendant's A-file has been requested and should be available to defense counsel for review on April 9, 2002.

3. Defendant's requests for information regarding the procedures, protocols and methodology for conducting searches is not specific enough to obtain documentation. The government has already provided the documentation as is required by law. However, defense counsel and the undersigned will jointly participate in a telephone conference with the person who conducted the search and determine what documents, if any, are available. That satisfy the defendant's request and is available for disclosure.

4. A joint status as to discovery will be filed no later than Monday, April 15, 2002.

5. Moreover, defense counsel has informed the undersigned that he will be seeking a continuance in this matter..

>Respectfully submitted,
>
>GUY A. LEWIS
>UNITED STATES ATTORNEY
>
>By: _____
>Lynn D. Rosenthal
>Assistant United States Attorney
>Florida Bar No. 343226
>500 East Broward Blvd.
>Fort Lauderdale, Florida 33394
>Tel: (954) 356-7255

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this 8TH day of April, 2002 to: Neison Marks, Assistant Federal Public Defender, 1 East Broward Blvd., Suite 1100, Fort Lauderdale, FL 33301

_____
Lynn D. Rosenthal
Assistant United States Attorney

2