UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6147-CR-FERGUSON

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| EVERALD DICKS, | ) |
| | ) |
| Defendant. | ) |

**JOINT STATUS AS TO DISCOVERY ISSUES**

The United States and defendant hereby files this status as to discovery issues and state:

1. Defense counsel was given the opportunity to question Alvin Hyde, a management analyst with the INS records service branch concerning defendant's request for issues related to the certificate of nonexistence. Those issues are now resolved

2. Defense counsel was given the opportunity to review the entire A-file of the defendant and provided additional documentation from the file.

3. The tape of the deportation hearing will be available for review by defense counsel on April 10, 2002.



This resolves the pending discovery issues before the court

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: /s/ Neison M. Marks
Neison Marks
Assistant FPD

By: /s/ Lynn D. Rosenthal
Lynn D. Rosenthal
Assistant United States Attorney
Florida Bar No. 343226
500 East Broward Blvd.
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255

4/9/02