UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6147-CR-FERGUSON

UNITED STATES OF AMERICA,   :

    Plaintiff,   :

vs.   :

EVERALD K. DICKS,   :

    Defendant.   :
_____/

## DEFENDANT'S MOTION TO CONTINUE TRIAL

Defendant Everald K. Dicks, through counsel, hereby moves this Court for a continuance of the trial date, presently set for Calendar Call on April 15, 2002, at 3:15 p.m. In support of the motion defendant proffers the following:

1. Defendant, Everald K. Dicks is charged with one count of being an illegal alien found in the United States after deportation, in violation of 8 U.S.C. 1326 (a) and (b)(2).

2. On April 9, 2002, the government provided additional pretrial discovery, and permitted defense counsel to examine the INS A-File for Mr. Dicks, and to hear a tape of his deportation hearing. Additionally, government counsel facilitated a telephonic interview with Alvin Hyde, a management analyst with the Immigration and Naturalization Service. As a result, all pending pretrial discovery matters have been resolved.

3. The parties have engaged in negotiations to reach a pretrial disposition. A continuance of the trial date will provide defendant with adequate time to consider the new

information provided by the government, and to make an informed and thoughtful decision about how to proceed with his case. Additionally, on April 4, 2002, defendant provided defense counsel with information that is relevant to both, a defense at trial and a sentencing hearing. The documentation and witnesses are outside of the Southern District of Florida. A continuance of the trial date would provide the time needed to conduct this defense investigation.

    4.    Counsel for the parties conferred on April 9, 2002, and discussed a continuance of the trial date. The government does not object to the continuance.

WHEREFORE, defendant requests that this Court grant the motion to continue the trial date.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: /s/ Neison M. Marks
Neison M. Marks
Assistant Federal Public Defender
Court Assigned No. A5500635
Attorney for Defendant
One East Broward Blvd., Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 10th day of April, 2002 to Lynn Rosenthal, Esquire, United States Attorney's Office, 299 East Broward Blvd., Fort Lauderdale, Florida 33301.

/s/ Neison M. Marks
Neison M. Marks

S:\Marks\Dicks\continue.mtn.wpd