| | UNITED STATES DISTRICT COURT |
|---|---|
| UNITED STATES OF AMERICA, | SOUTHERN DISTRICT OF FLORIDA |
| Plaintiff, | |
| Vs. | |
| | Case No. 00-6147-CR-FERGUSON |
| EVERALD DICKS | |
| Defendant. | |
| _____/ | |

FILED by _____ D.C.

APR 12 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## NOTICE OF CRIMINAL TRIAL

Please be on notice that this cause will be before the Court on the following dates. Trial is set for the two-week period commencing **May 6, 2002 and Calendar Call is scheduled for 2:00 p.m. Monday April 29, 2002,** before the Honorable Wilkie D. Ferguson, Jr., United States District Judge, in Courtroom 207A, 2nd Floor, Federal Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida.

The Court finds that the interest of justice served by granting a continuance to allow counsel for both parties reasonable time necessary for effective preparation for trial outweighs any interest of the public or the defendant in a speedy trial. The Court finds the period of delay from (04/12/02 to 04/29/02) excludable in calculating the period within which trial must commence under the Speedy Trial Act. See, 18 U.S.C. Section 3161 (h)(B)(iv).

**DONE AND ORDERED** at Fort Lauderdale, Florida this ___12th___ day of April, 2002

KAREN GARDNER
DEPUTY CLERK

copies
Lynn Rosenthal, AUSA
Neison Marks, AFPD