UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6147-CR-FERGUSON/SNOW

UNITED STATES OF AMERICA,         :

       Plaintiff,                  :

v.                                :

EVERALD DICKS,                    :

       Defendant.                  :
_____

FILED by ____ D.C.
APR 15 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. FT. LAUD.

## O R D E R

THIS CAUSE is before the Court on the defendant's Motions to Compel (DE 19 and 23), which were referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motions are DENIED as moot based on the Government's response.

DONE AND ORDERED at Fort Lauderdale, Florida, this 15th day of April, 2002.

                              /s/ Lurana S. Snow
                              LURANA S. SNOW
                              UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Lynn Rosenthal (FTL)
AFPD Neison Marks (FTL)