UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6147-CR-FERGUSON

UNITED STATES OF AMERICA )
)
)
)
v. )
)
)
EVERALD DICKS, )
)
Defendant. )
)

## MOTION TO CONTINUE TRIAL

The United States of America, through the undersigned counsel moves this court to continue the calendar call currently set for Monday, April 29, 2002 at 2:00 pm and trial period set for May 6, 2002 and in support of the motion states the following:

1. The undersigned will be out of the district from May 8 through May 14, 2002 attending the Federal Sentencing Commission's meeting in California, and then in New York on personal business.



2. Wherefore the undersigned requests that the date of the calender call and trial period be continued.

Respectfully submitted,
GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
Lynn D. Rosenthal
Assistant United States Attorney
Florida Bar No. 343226
500 East Broward Blvd.
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this _____ day of April, 2002 to Neison Marks, Assistant Federal Public Defender, 1 East Broward Blvd., Suite 1100, Fort Lauderdale, FL 33301

By: _____
LYNN D. ROSENTHAL
ASSISTANT UNITED STATES ATTORNEY

2