FILED by _____ D.C.

APR 2 9 2002

CLARENCE ___ __
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

It is ORDERED that this Motion is hereby
GRANTED. CALENDAR CALL
IS RESET TO 05/28/02
@3:15 P.M. _____

WILKIE D. FERGUSON, JR.

04/29/02

DATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6147-CR-FERGUSON

COPY FOR JUDGE

UNITED STATES OF AMERICA          )
                                  )
                                  )
                                  )
                                  )
v.                                )
                                  )
                                  )
EVERALD DICKS,                    )
                                  )
        Defendant.                )
_____  )

## MOTION TO CONTINUE TRIAL

The United States of America, through the undersigned counsel moves this court

to continue the calendar call currently set for Monday, April 29, 2002 at 2:00 pm and

trial period set for May 6, 2002 and in support of the motion states the following:

1. The undersigned will be out of the district from May 8 through May 14, 2002

attending the Federal Sentencing Commission's meeting in California, and then in New

York on personal business.