# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

MAY 28 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6147-CR-FERGUSON__   Date: __MAY 28, 2002__

Clerk: __Karen Gardner__   Reporter: __Carly Horenkamp__

USPO: __N/A__   Interpreter: __N/A__

**UNITED STATES OF AMERICA vs.** __EVERALD KEVIN DICKS (J)__

AUSA: __Lynn Rosenthal__

Defendant(s) Counsel: __Neison Marks, AFPD,__

Defendant(s) Present____ Not Present _X_ In Custody____

Reason for hearing: **CALENDAR CALL**

Result of hearing: __Standby for trial 6/3/02.__

Case Continued to: __6/3/02__ Time: _____ P.M. __Trial.__