UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6147-CR-FERGUSON

UNITED STATES OF AMERICA,   :

    Plaintiff,   :

vs.   :

EVERALD K. DICKS,   :

    Defendant.   :
_____/



## DEFENDANT'S MOTION TO CONTINUE TRIAL

Defendant Everald K. Dicks, through counsel, hereby moves this Court for a continuance of the trial date, presently set for trial on June 3, 2002. In support of the motion defendant proffers the following:

1. Defendant, Everald K. Dicks is charged with one count of being an illegal alien found in the United States after deportation, in violation of 8 U.S.C. 1326 (a) and (b)(2).

2. On April 9, 2002, the government provided additional pretrial discovery, and permitted defense counsel to examine the INS A-File for Mr. Dicks, and to hear a tape of his deportation hearing. Additionally, government counsel facilitated a telephonic interview with Alvin Hyde, a management analyst with the Immigration and Naturalization Service. As a result, all pending pretrial discovery matters have been resolved.

3. The parties have engaged in negotiations to reach a pretrial disposition. A continuance of the trial date will provide defendant with adequate time to consider the new information provided by the government, and to make an informed and thoughtful decision about

how to proceed with his case. Additionally, on April 4, 2002, defendant provided defense counsel with information that is relevant to both, a defense at trial and a sentencing hearing. The documentation and witnesses are outside of the Southern District of Florida. A continuance of the trial date would provide the time needed to conduct this defense investigation.

4.   Defense Counsel is presently in the Central District of California arguing a motion for new trial in a capital case, United States v. Martinez, CR 99-83 (A)-DOC, C.D. Cal.

5.   The defendant has been advised that defense counsel is seeking a continuance of the trial date, and the defendant has no objection to the Court continuing this matter and specifically waives his right to a speedy trial.

6.   Undersigned counsel contacted Assistant United States Attorney Lynn Rosenthal who states that she does not object to this motion.

WHEREFORE, defendant requests that this Court grant the motion to continue the trial date in this matter for a period of at least thirty (30) days.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Neison M. Marks
Assistant Federal Public Defender
Court Assigned No. A5500635
Attorney for Defendant
One East Broward Blvd., Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 30th day of May, 2002 to Lynn Rosenthal, Esquire, United States Attorney's Office, 299 East Broward Blvd., Fort Lauderdale, Florida 33301.

for _____
Neison M. Marks

S:\Marks\Dicks\Continue.02.wpd