UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6147-CR-FERGUSON



FILED by _____ D.C.

MAY 30 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,   :

    Plaintiff,   :

vs.   :

EVERALD K. DICKS,   :

    Defendant.   :
_____/

## ORDER GRANTING MOTION TO CONTINUE TRIAL

THIS CAUSE having come before the Court on Defendant's Motion to Continue Trial and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the defendant's motion to continue trial is hereby DENIED. ~~GRANTED. The trial in this cause is set for _____.~~

DONE AND ORDERED at Fort Lauderdale, Florida, this 30th day of May, 2002.

_____
WILKIE D. FERGUSON
UNITED STATES DISTRICT JUDGE

cc:   Neison M. Marks, AFPD
       Lynn Rosenthal, AUSA