

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
                    Plaintiff,

        Vs.                                     Case No. 00-6147-CR- FERGUSON

EVERALD KEVIN DICKS
                    Defendant.
_____/

## NOTICE OF CRIMINAL TRIAL

        PLEASE TAKE NOTICE that the above-entitled cause is hereby set for

**Criminal Jury Trial** before the Honorable **Wilkie D. Ferguson, Jr.,** Judge for the

United States District Court, Southern District of Florida, at **299 East Broward**

**Boulevard, Second Floor, Courtroom 207A, Fort Lauderdale, Florida,** for

**Monday, June 3, 2002 at 9:00 a.m..** Parties should come ready to proceed for

trial. In addition, parties shall provide Judge Ferguson a copy of their jury

instructions in print and electronic format at the start of trial.

                                        KAREN GARDNER
                                        DEPUTY CLERK

cc:
Lynn Rosenthal, AUSA, Neison Marks, AFPD