# CRIMINAL MINUTES



FILED by _AC_ D.C.
JUN 17 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6147-CR-Ferguson    DATE: June 17, 2002

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.  Emerald Kevin Dickes

U.S. ATTORNEY: Scott Behnke for Lynn Rosenthal    DEFT. COUNSEL: Neison Marks

REASON FOR HEARING: Calendar Call / Status Conf.

RESULT OF HEARING: Judge Ferguson has given this case to Judge Dimitrouleas. Deft waives presence for this hearing.

Case Ready for trial, however parties ask for 1 additional day to prepare.

CASE CONTINUED TO: 6/18/02    TIME: 1:30    FOR: Cal Call

MISC: _____

