# CRIMINAL MINUTES



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6147-CR-WDF   DATE: June 18, 2002

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA   VS. *Emerald Kevin Dickus*

U.S. ATTORNEY: *Scott Behnke*    DEFT. COUNSEL: *Neison Marks*

REASON FOR HEARING: *Calendar Call / Status Conference*

RESULT OF HEARING: *Case Ready for Trial*

CASE CONTINUED TO: 6/19/02   TIME: 9:00   FOR: *Jury Selection & Trial*

MISC: _____

