# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by ___ D.C.
JUN 19 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6147-CR-WDF    DATE: June 19, 2002

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: ~~Bob Ryckoff~~ Carley

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA  VS. Michael Kevin Dicks

U.S. ATTORNEY: Scott Behnke    DEFT. COUNSEL: Nelson Marks

REASON FOR HEARING: Jury Selection & Trial Day 1

RESULT OF HEARING: Jury voir dire. Jury selected and sworn. Opening Statement (Behnke). Court grants Gov't m/in limine in regards to necessity defense. Deft's motion to Continue is Denied. M/substitute Counsel is Denied. Opening Statement (Marks) — Gov't's case in chief.

CASE CONTINUED TO: 6/20/02   TIME: 12:30   FOR: Day 2

MISC: _____

