AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF _Southern_ _Florida_

_USA v. Emerald Kevin Dicks_

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6197-CR-WPD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William P. Dimitrouleas | Scott Behnke, AUSA | Neisa Marks, AFPD |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/19/02 | Carly | Dan Carlton |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 6/19/02 | | | Michael CAPO |
| ✓ | | 6/19/02 | | | JOHN R. Solek |
| ✓ | | 6/19/02 | | | Jose L. CARDONA |
| ✓ | | 6/19/02 | | | Michael New |
| ✓ | | 6/19/02 | | | Teddy Orlando Davis |
| | | | | | |
| | | | | | (see attached exhibit list) |

FILED by ___ D.C.
JUN 20 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

39

# United States District Court

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

EVERALD KEVIN DICKS,
a/k/a "Lascelles Alexander Hall,"

**GOVERNMENT EXHIBIT LIST**

CASE NUMBER: 00-6147-Cr-DIMITROULEAS

| PRESIDING JUDGE<br>WILLIAM P. DIMITROULEAS | PLAINTIFF'S ATTORNEY<br>SCOTT H. BEHNKE, AUSA | DEFENDANT'S ATTORNEY<br>NIESON MARKS, AFPD |
|---|---|---|
| TRIAL DATE:<br>JUNE 19, 2002 | COURT REPORTER<br>ROBERT RYCKOFF<br>CARLY | COURTROOM DEPUTY<br>KAREN CARLTON |

| Exh. # | DESCRIPTION | Admit | Deny | Date | Witness |
|---|---|---|---|---|---|
| 1 | Certified Copy of bogus identifications seized on 2/4/00 including a Florida Identification cards in the names of "Anthony Franklin," "Fabulous Mark Farlyn," "Kevin Anderson," and "Mark Andrew Dickson," Florida Driver's Licenses in the names of "Martino Lachello Davis," "Kevin Anderson," and "Anthony Franklin," and two social security cards in the name of "Mark Andrew Dickson." | ✓ | | 6/19/02 | CAPO |
| 1-A | Certified copy of Dept. of Motor Vehicles from the State of Florida of the driver's license issued on 5/11/99 to "Anthony Franklin" and removed from the defendant's safe on 2/8/00. | ✓ | | 6/19/02 | CAPO |
| 1-B | Certified copy of Dept. of Motor Vehicles Florida Identification Card issued on 10/25/99 to "Mark Andrew Dickson" and removed from the defendant's safe on 2/8/00. | ✓ | | 6/19/02 | CAPO |
| 1-C | Certified copy of Dept. of Motor Vehicles Florida Identification Card issued on 3/25/98 to "Fabulous Mark Farlyn," and removed from the defendant's safe on 2/8/00. | ✓ | | 6/19/02 | CAPO |
| 1-D | Certified copy of Dept. of Motor Vehicles Florida Identification Card issued on 5/27/98 to "Kevin Anderson," and removed from the defendant's safe on 2/8/00. | ✓ | | 6/19/02 | CAPO |

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

EVERALD KEVIN DICKS,
a/k/a "Lascelles Alexander Hall,"

GOVERNMENT EXHIBIT LIST

CASE NUMBER: 00-6147-Cr-DIMITROULEAS

| Exh. # | DESCRIPTION | Admit | Deny | Date | Witness |
|---|---|---|---|---|---|
| 1-E | Certified copy of Dept. of Motor Vehicles Florida Identification Card issued on 5/20/97 to "Kevin Anderson," and removed from the defendant's safe on 2/8/00. | ✓ | | 6/19/02 | CAPO |
| 1-F | Two Social Security Cards in the name of "Mark Andrew Dickson, #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 removed from safe of defendant on 2/8/00. | ✓ | | 6/19/02 | CAPO |
| 2 | United Kingdom Passport #003781972 in the name of "Lacello Alexander Hall" removed from safe of defendant on 2/8/00. | ✓ | | 6/19/02 | CAPO |
| 3 | Haitian Passport #94-873393 in the name of "Anthony Franklin" removed from safe of defendant on 2/8/00. | | | | |
| 3-A | Haitian Birth Certificate #0071430 in the name of "Anthony Franklin" removed from safe of defendant on 2/8/00. | ✓ | | 6/19/02 | CAPO |
| 4 | Copy of Dept. of Motor Vehicles from the State of Florida or the driver's license issued on 3/30/98 to the defendant in the name of "Fabulous Mark Farlyn," and removed from the defendant's person on 2/4/00. | ✓ | | 6/19/02 | CAPO |
| 5 | New York State Identification Card in the name of "Ryan Olson," removed from the top of the defendant's safe on 2/4/00. | ✓ | | 6/19/02 | CAPO |
| 6 | Bogus New York State Birth Certificate issued on 7/31/71 to "Mark Andrew Dickson" and removed from his safe on 2/8/00. | ✓ | | 6/19/02 | CAPO |
| 7 | Fingerprint card of fingerprints taken of the defendant on 5/5/00 at the Broward County Jail. | ✓ | | 6/19/02 | SOLEIZ NEW |
| 8 | Photograph of defendant taken at Broward County Jail on 5/5/00. | ✓ | | 6/19/02 | SOLEIZ |

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

EVERALD KEVIN DICKS,
a/k/a "Lascelles Alexander Hall,"

GOVERNMENT EXHIBIT LIST

CASE NUMBER: 00-6147-Cr-DIMITROULEAS

| Exh. # | DESCRIPTION | Admit | Deny | Date | Witness |
|---|---|---|---|---|---|
| 9 | Immigrant Visa Packet for Everald Dicks issued on 7/17/89 permitting Dicks to enter the U.S. Shows defendant entered 7/28/89 | ✓ | | 6/19/02 | Solek |
| 10 | INS Form I-221, Order to Show Cause and Notice of Deportation Hearing issued 2/15/94 and sent via certified mail as received by defendant on 2/28/94 | | | | |
| 10-A | Florida Department of Corrections form for acknowledging that Dicks signed receipt of Order to Show Cause and Notice of Deportation Hearing (Ex. 10). | | | | |
| 11 | Certification of authentication of recording of defendant's deportation hearings | | | | |
| 11-A | Tape recording of defendant's deportation hearings dated 5/2/94, 7/11/94 | | | | |
| 12 | Written Order of deportation issued 7/11/94 | ✓ | | 6/19/02 | Solek |
| 13 | Warrant of deportation issued 9/18/95 and executed on 12/8/95 | ✓ | | 6/19/02 | CARDONA New |
| 14 | Immigration Form I-294, Notice of requirement to apply for readmission w/ Attorney General | | | | |
| 14-A | Redacted Immigration Form I-294, Notice of requirement to apply for readmission w/ Attorney General | ✓ | | 6/19/02 | CARDONA |
| 15 | Memorandum for certification of the existence of application for admission after deportation. | | | 6/19/02 | DAVIS |
| 16 | Certification of Non-Existence (of application for admission after deportation). | ✓ | | 6/19/02 | DAVIS |

# United States District Court

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

EVERALD KEVIN DICKS,
a/k/a "Lascelles Alexander Hall,"

GOVERNMENT EXHIBIT LIST

CASE NUMBER: 00-6147-Cr-DIMITROULEAS

| Exh. # | DESCRIPTION | Admit | Deny | Date | Witness |
|---|---|---|---|---|---|
| 16-A | INS Form I-212, Application for permission to reapply for admission into the United States after Deportation or Removal. | | | 6/19/02 | DAVIS |
| 17 | Certified copy of March 10, 1993 conviction for aggravated battery in Dade County Florida Case No. 92-7858 | | | | |
| 18 | Certified copy of March 10, 1993 conviction for armed robbery in Dade County Florida Case No. 92-40810-B | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |