UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 00-6147-CR-DIMITROULEAS

    Plaintiff,
vs.                                          **VERDICT**

EVERALD KEVIN DICKS,

    Defendant.
_____/

FILED by _____ D.C.
JUN 20 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

WE, THE JURY, FIND: the Defendant EVERALD KEVIN DICKS,

**As to Count I**      ___✓___      _____
                      GUILTY      NOT GUILTY

as charged in the Indictment.

So say we all.

___[signature]___                 ___6/20/02___
FOREPERSON                              DATE