UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6147-CR-DIMITROULEAS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EVERALD KEVIN DICKS, )<br>a/k/a "Lascelles Alexander Hall" )<br>)<br>Defendant, )<br>_____) | FILED by _____ D.C.<br>JUN 20 2002<br>CLARENCE MADDOX<br>CLERK U.S. DIST. CT.<br>S.D. OF FLA. FT. LAUD. |

## STIPULATION

The United States of America, by and through its undersigned attorney, and the Defendant, by and through himself and his attorney, hereby stipulate and agree that at all times pertinent to this indictment:

1. The defendant Everald Kevin Dicks was and remains an "alien" for purposes of Title 8, United States Code, 1326.

2. The defendant Everald Kevin Dicks was and remains a Jamaican citizen.

3. The defendant Everald Kevin Dicks was not and has never been a United States citizen.

So stipulated.

_____ Date 6/19/02
NEISON MARKS
ATTORNEY FOR EVERALD KEVIN DICKS

_____ Date 6-19-02
EVERALD KEVIN DICKS

_____ Date 6/19/02
SCOTT H. BEHNKE
ASSISTANT UNITED STATES ATTORNEY