UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6147-CR-DIMITROULEAS

UNITED STATES OF AMERICA )
)
      Plaintiff, )
)
v. )
)
EVERALD KEVIN DICKS, )
a/k/a "Lascelles Alexander Hall" )
)
      Defendant, )
_____ )

FILED by _____ D.C.
JUN 20 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## STIPULATION

The United States of America, by and through its undersigned attorney, and the Defendant, by and through himself and his attorney, hereby stipulate and agree that:

1. Following an Federal Immigration Hearing, the defendant Everald Kevin Dicks, was ordered deported on July 11, 1994 by a Federal Immigration Judge.

2. On December 8, 1995, the defendant Everald Kevin Dicks was deported to Jamaica on board American Airline flight 1735 from Miami to Jamaica.

So stipulated.

_____  Date 6/19/02
NEISON MARKS
ATTORNEY FOR EVERALD KEVIN DICKS

_____  Date 6-19-02
EVERALD KEVIN DICKS

_____  Date 6/19/02
SCOTT H. BEHNKE
ASSISTANT UNITED STATES ATTORNEY

42