# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by ___ D.C.
JUN 20 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6147-CR-WDF    DATE: June 20, 2002

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Carley

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Everal Kevin Dicks

U.S. ATTORNEY: Scott Behnke    DEFT. COUNSEL: Neison Marks APD

REASON FOR HEARING: Criminal Jury Trial Day 2

RESULT OF HEARING: Deft Rests - Closing Arguments, Court Instructs Jury. Jury Deliberations begin.
Jury verdict of Guilty
Jury polled.
Deft Remains In Custody

CASE CONTINUED TO: 8/29/02    TIME: 9:45    FOR: Sentencing

MISC: _____