# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

USA

Plaintiff(s)

Case No. 00-6147-CR-WPD

vs.

Emerald Kevin Dike

Defendant(s)

FILED by _____

JUN 20 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
    Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
    Item Nos. _____

☐ Stored by Records Section in:    ☐ Miami    ☐ Ft. Lauderdale    ☐ West Palm Beach
    Item Nos. _____

☑ Other  (Explain) :    All Government Exhibits
    _____

    _____

☐ Attachments
    (Exhibit List, Order of Court)

SIGNATURE: John Solek

PRINT NAME:  John R. Solek

AGENCY OF FIRM:  USBP

ADDRESS:  7201 S. Airport Rd
          Pembroke Pines, FL 33023

TELEPHONE: (954) 963-9805

DATE:  6-20-02

EXHIBITS RELEASED
BY _____
    (Deputy Clerk)

ORIGINAL-Court File
cc:  Records Section
     Courtroom Deputy
     Counsel of Record

44