UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA,　　　　　CASE NO. 00-6147-CR-FERGUSON

　　　　Plaintiff,
vs.

EVERALD KEVIN DICKS,

　　　　Defendant.
_____/

### ORDER TRANSFERRING DEFENDANT TO
### THE HONORABLE WILLIAM P. DIMITROULEAS FOR TRIAL

THIS CAUSE came before the Court on its own motion and due to the willingness of Judge Dimitrouleas to accept transfer of this defendant, it is

ORDERED that the above named Defendant, Everald Kevin Dicks, be transferred to Judge Dimitrouleas for trial and disposition.

　　　　DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of June, 2002. (nunc pro 06/17/02)

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　WILKIE D. FERGUSON
　　　　　　　　　　　　　　　　　　　United States District Judge

Copies to:

Honorable William P. Dimitrouleas
Neison Marks, AFPD
Scott Benhke, AUSA

