UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6147-CR-DIMITROULEAS

UNITED STATES OF AMERICA, :

Plaintiff, :

vs. :

EVERALD K. DICKS, :

Defendant. :
_______________________________/

**DEFENDANT'S EXHIBITS RE: NECESSITY**

Defendant Everald K. Dicks, through counsel, hereby submits the attached medical records pertaining to his proffered defense of necessity, precluded as a trial defense by the Court's ruling on June 19, 2002.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: ______________________
Neison M. Marks
Assistant Federal Public Defender
Court Assigned No. A5500635
Attorney for Defendant
One East Broward Blvd., Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 8 day of July, 2002 to Scott Behnke, Esquire, United States Attorney's Office, 299 East Broward Blvd., Fort Lauderdale, Florida 33301.

Neison M. Marks

S:\Marks\Dicks\Necessity.cvr.wpd

SUMMARY N.Y. 11203

IMPRINT AREA

PATIENT TEL#:

| DATE OF ADMISSION | DATE OF DISCHARGE |
|---|---|
| 01/06/97 | 01/11/1997 |

CHIEF COMPLAINT:

- cough with greenwish sputum
- weakness, fatigue

have started about 2 weeks prior to admission

PAST HISTORY:

- gonorrhea - 1992
- erythema to papular rash itchy - developed 1 y a [illegible]

FAMILY HISTORY: non [illegible] body except dead.

PHYSICAL EXAMINATION ON ADMISSION: BP: 104/60 WT: 139 lb

T = 100.6 F. Alert AOT. Eyes: normal. Neck: no JVD, no bruit, no adenopathy. Throat: [illegible] Chest: few rhonchi and wheezes. Heart: regular rhythm. Pulse = 110 b/min. S4 [illegible]. Abdomen benign.

PHYSICAL EXAMINATION ON DISCHARGE: Guaiac: negative. Extrem: [illegible] Skin: erythemato-papular eruption spread [illegible] Alert, AOT afebrile. Neck: no adenopathy. Throat: [illegible] Chest: clear, no wheezes, no crackles. Heart: regular rhythm. Pulse: 86 b/min. Abdomen: benign. The same erythema papular rash

COURSE IN HOSPITAL AND RELEVANT LABORATORY DATA:

X Ray: focal air space consolidation in post basal segm of LL, also [illegible] of faint ground glass or reticular opacities across both upper lung fields

ABG: 7.443 / 42.4 / 75.4 / 28.6 PPD = anergic

WBC = 6.71. PN = 75 Ly = 17.7. CD4 = 9 = 1%

Hb = 9.7 Ht = 30.0. CD8 = 518 = 54%.

PLT = 173.000. CD3 = 585 = 61%.

Na = 136 K = 4.3 Cl = 101 CO2 = 29 Gluc = 86

BUN = 10 Creat = 0.7

LDH = 463. Bili = 0.8 TP = 9.0 Co = 8.6.

ALT = 45 AST = 26. AP = 126.

Under antibiotic treat patient improved

Bronchoscopy with BAL - negative

HIV (+) highly suspected - test result pending

(1A)

LABORATORY RESULTS PENDING:

- culture for MAC and fungus
- HIV test

INVASIVE AND OPERATIVE PROCEDURE(S) IN HOSPITAL & DATE (S):

| | Procedure | DATE |
|---|---|---|
| 1) | Bronchoscopy with BAL | 01/09/1997 |
| 2) | | |
| 3) | | |
| 4) | | |
| 5) | | |
| 6) | | |

FINAL CLINICAL DIAGNOSES

| | | | |
|---|---|---|---|
| 1) | Probable HIV - C3 | 7) | |
| 2) | Community Acquired Pneumonia | 8) | |
| 3) | Oral Thrush | 9) | |
| 4) | Anemia of chronic disease | 10) | |
| 5) | | 11) | |
| 6) | | 12) | |

DISCHARGE INSTRUCTIONS:

MEDICATION & DOSAGE:

| | | | |
|---|---|---|---|
| 1) | Bactrim DS 2 tabs q12h | 4) | p.o. for 10 days |
| 2) | Mycostatin 10cc po, 5 times/day | 5) | |
| 3) | | 6) | |

DIET: normal

DISPOSITION: home

ACTIVITY: as tolerated

NEXT SCHEDULED APPOINTMENT

| | NAME | LOCATION | DATE | TIME |
|---|---|---|---|---|
| 1) | De La Pena - KC | Medical Clinic - U Build | 01/15/1997 | 1:30 pm |
| 2) | | | | |
| 3) | | | | |

M. Porosnicu — POROSNICU, MERCEDES, MD 878928

RESIDENT NAME (PRINT OR STAMP)

[signature] 1/11/1997 — POROSNICU, MERCEDES, MD 878928

RESIDENT SIGNATURE & DATE

I CERTIFY THAT THE NARRATIVE DESCRIPTIONS OF THE PRINCIPAL AND SECONDARY DIAGNOSIS AND THE MAJOR PROCEDURE (S) PERFORMED ARE ACCURATE AND COMPLETE TO THE BEST OF MY KNOWLEDGE

ATTENDING NAME (PRINT OR STAMP)

ATTENDING SIGNATURE & DATE

S0081624
0005008162 9
Chart No: DERSON, KEVIN
07/30/71 M
HOSPITAL

INFECTIOUS DISEASE
FEB 28 1997

nutrition Study on 01.97
NUTRITION CONSULTATION
Res - 550
Recd → 56

CONTINUATION RECORD

DR

| LAST NAME | FIRST | MIDDLE | SEX | AGE | DATE ADMITTED | WARD OR CLINIC |
|---|---|---|---|---|---|---|
| DOB 7.30.71 | | | | | Ht - 5.9' | |

25 year old male, recently diagnosed at Kings County Hospital on 01.04.97 Came for nutrition followed up.
was treated for pneumonia (probably bacterial Acc to DR. EL SADR). for a week, H/O Gonorrhea, Community acquired Pneumonia
PPD - Anergic / Oral thrush, Anaemia of chronic disease.
CD4 = 9 (1%) (Kings County hospital)
Wt = 152.8 ↑ 12 lbs Since 01/97 UBW = 170 lbs (a year and half ago)
Drug history - no drug use, occasional ETOH, no Smoking.
Heterosexual, practices Safe Sex currently,
GI and Eating → Appetite is very good - pt eats 3-4 meals/day.
pt has adequate resources to purchase and prepare food, as he lives with mother. / Teeth - good Condition.
Pt Complained of ear infections - ~~due to that~~ Pt Complained of mucus in his throat, no problems c̄ Swallowing, Chewing, Stomach pain, nausea, vomiting, diarrhea, Constipation. No lactose intolerance. Pt currently unable to exercise.
Plan: (1) MVI c̄ Minerals - BID. he currently takes Centrum
ADD (2) Vit C 500 mg - BID on next visit.
(3) Advice on HIV - nutrition / Counselling on ↑ meal intake. ↑ calories prot = vit - min - diet to ↑ wt and BCM
(4) Advice on Strength training exercise 30 min/day. (5) Referral to GLWD for food delivery
ELDRINE ANDERSON
(5) 340 East 92nd Street, BROOKLYN - NY - 11212 / NO: 3 right door.
Ph - 212 922 0063. RTC c̄ doctors visit next week.
(6) Referral to nutrition Study to be enrolled on 04/97 - By then 3 Month weight will be available.

(signatures)

(2)

5008108162 9
ANDERSON, KEVIN
07/30/71 M

DOB

Sex

PLEASE IMPRINT CARD

HARLEM HOSPITAL CE[illegible]
MEMBER OF NORTHERN MANHAT[illegible]
AMBULATORY CARE SER[illegible]
506 LENOX AVENUE
NEW YORK, N.Y. 1003[illegible]

# HEALTH SUMMARY LIST

**List Significant Allergies/Sensitivities:**

None

| Date | Clinic | Known Significant Diagnosis | **Status | Medications | [illegible] |
|---|---|---|---|---|---|
| 2/97 | ID | AIDS | A | D4T 40 [illegible] | |
| 6/97 | | Genital warts | | 3TC 150 [illegible] | |
| | | | | [illegible] 750 mg | |
| | | | | [illegible] | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*STATUS: Active, Inactive, or Resolved, Remission, Controlled, etc.

One Malcolm Avenue
Teterboro, New Jersey 07608-1070
800-631-1390 Client Service
201-393-5000

# Clinical Laboratory Report

Quest Diagnostics

| Patient Name | | Date Drawn | Date Received | | Date of Report |
|---|---|---|---|---|---|
| ANDERSON, KEVIN | G0447 | 03/03/97 | 03/03/97 | 1740 | 03/05/97 |

Sex | Age 25 | 1X

Client Name / Address: HARLEM HOSPITAL-ROUTINE 1X
S.VERZOSA/RM 8101/PATH AD
506 LENOX AVENUE
NEW YORK NY 10037

I.D. Number: 311
Account Number: 65271 3
C.L.I.A. # 31D0696246
Specimen Number: 591338
Time Drawn: NONE

Ordering Physician: WAFFA
5008162

Patient I.D./Soc. Sec Number

CLIENT INFO: 11458

| TEST NAME | RESULT ABNORMAL | RESULT NORMAL | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| LYMPH SUBSET II | | | | |
| TOTAL B-LYMPH | | | | |
| * CD19 ( 3.0 PCT) | [illegible] | | PERCENT | 5.00-25.0 |
| TOTAL T-LYMPH | | | | |
| CD3 ( 79.0 PCT) | [illegible] | | PERCENT | 60.0-90.0 |
| T-LYMPH SUBSETS | | | | |
| * HELPER ( 1.0 PCT) | [illegible] | | PERCENT | 32.0-68.0 |
| * SUPPRESS( 69.0 PCT) | [illegible] | | PERCENT | 10.0-36.0 |
| LYMPHOCYTE SUBSET | [illegible] | CONFIRMED BY REPEAT ANALYSIS. | | |
| * HELPER/SUPPRESSOR | [illegible] | | RATIO | 0.90-6.00 |
| COMPLETE BLOOD COUNT | | | | |
| * CBC WBC | [illegible] | | THOUS./CU.MM | 3.90-11.4 |

CONTINUED ON PAGE 2

RAYMOND GAMBINO, M.D. — JOSEPH E. O'BRIEN, M.D. — PAUL A. KRIEGER, M.D. — SHERIF NASR, M.D.

Quest, Quest Diagnostics and the associated logo are trademarks of Quest Diagnostics Incorporated.

(4)

...orated
...07608-1070
...ervice

# Clinical Laboratory Report

Quest Diagnostics

| | | Date Drawn | Date Received | | Date of Report |
|---|---|---|---|---|---|
| ...ERSON,KEVIN | G0447 | 03/03/97 | 03/03/97 | 1740 | 03/05/97 |

Age: 25 1X

Client Name / Address:
HARLEM HOSPITAL-ROUTINE 1X
S.VERZOSA/RM 8101/PATH AD
506 LENOX AVENUE
NEW YORK NY 10037

I.D. Number: 311
Account Number: 65271 3
C.L.I.A. # 31D0696246

...ing Physician: WAFFA
5008162

Specimen Number: 591338
Time Drawn: NONE

Patient I.D./Soc. Sec Number
CLIENT INFO: 11458

PAGE 3*** CONTINUED FROM PREVIOUS PAGE ***

| TEST NAME | RESULT ABNORMAL | NORMAL | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| DIFFERENTIAL POLY | | | PERCENT | 42.0-81.0 |
| * LYMPH RELATIVE COUNT | | | PERCENT | 10.0-47.0 |

DIFFERENTIAL POLY: THE WBC DIFFERENT[illegible] NOT BE PERFORMED ON SMEAR SUBMITTED. A SLID[illegible]DE AT OUR LABORATORY. HOWEVER, MORPHOLOGICAL DET[illegible]N PRECLUDES ADEQUATE EVALUATION. PLEASE SEND A LAV[illegible] TUBE AND TWO FRESHLY PREPARED PERIPHERAL BLOOD [illegible]F CLINICALLY INDICATED.

LYMPH RELATIVE COUNT: SAMPLE TESTED BUT [illegible] WERE INCONCLUSIVE. SPECIMEN NOT

CONTINUED ON PAGE 4

...served. Published 1992. Revised 1/97. ...and logo are trademarks of Quest Diagnostics Incorporated.

...ND GAMBINO, M.D. — JOSEPH E. O'BRIEN, M.D. — PAUL A. KRIEGER, M.D. — SHERIF NASR, M.D.

(5)

...ated
...608-1070
...vice

# Clinical Laboratory Report

Quest Diagnostics

...SON, KEVIN G0447

Date Drawn 03/03/97

Date Received 03/03/97 1740

Date of Report 03/05/97

Age 25 1X

Client Name / Address
HARLEM HOSPITAL-ROUTINE 1X
S.VERZOSA/RM 8101/PATH AD
506 LENOX AVENUE
NEW YORK NY 10037

I.D. Number 311

Account Number 65271 3

C.L.I.A. # 31D0696246

WAFFA
5008162

Specimen Number 591338

Time Drawn NONE

...ient I.D./Soc.Sec.Number

CLIENT INFO: 11458

PAGE 4*** CONTINUED FROM PREVIOUS PAGE ***

| TEST NAME | [illegible] RESULT ABNORMAL NORMAL | UNITS | REFERENCE RANGE |
|---|---|---|---|

ADEQUATE FOR REPEAT ANALYSIS. PLEASE SUBMIT AN ADDITIONAL SAMPLE.

...Quest Diagnostics Incorporated. ... Quest, Quest Diagnostics and the associated logo are trademarks of Quest Diagnostics Incorporated.

RAYMOND GAMBINO, M.D.    JOSEPH E. O'BRIEN, M.D.    PAUL A. KRIEGER, M.D.    SHERIF NASR, M.D.

(16)

Chart No 5008162
8U05008162 9
HOSPITAL ANDERSON, KEVIN
07/30/71 INFECTIOUS DISEASE
CONTINUATION RECORD

JUN 18 1997

| LAST NAME | FIRST | MIDDLE | SEX | AGE | DATE ADMITTED | WARD OR CLINIC |
|---|---|---|---|---|---|---|
| DR. | | | | | | |

Ht 72" Wt 199 BP 135/65 P 87

Young man in Nelfinavir study who has been doing well and has gained 20 lbs
No nausea, no vomiting, no cough, no diarrhea, no headache, no fever, no night sweats. Has genital warts, no discharge. Sexually active, uses condoms. No ER visits or hospitalization. Appetite good. Compliance good. No [illegible] use
On exam, HEENT NAD / no thrush / no lymphadenopathy / No jaundice / Chest clear / Heart RR / Abd No organomegaly / Neuro intact / Skin: [illegible] lesions / Genital: genital warts
Doing well, only complaint is of genital warts.
Plan: D4T 40 mg po bid
3TC 150 mg po bid
Nelfinavir study meds 750 mg po tid
Bactrim DS TIW

~~[illegible]~~

7-10-97 Dermatology session
RTC 7/11/97
1230

[signature]

NEW YORK CITY HEALTH AND HOSPITALS CORPORATION

HHC 2015 (Sep 93) Replaces 120-90 (Mar 73)

71

5008162
Chart No. 8005008162 9
ANDERSON, KEVIN
HOSPITAL 07/30/71 M

CONTINUATION RECORD

INFECTIOUS DISEASE
AUG 15 1997

| LAST NAME | FIRST | MIDDLE | SEX | AGE | DATE ADMITTED | WARD OR CLINIC |
|---|---|---|---|---|---|---|
| DR. | | | | | | |

Wgt 178 T 98° BP 120/80 P 84

Young men c̄ HIV/AIDS cD4 78 on combination therapy (Nelfinavir study) and PCP prophylaxis who has been tolerating his meds well and also doing well. Pt has seen by Dermatology 2° Genital warts which have resolved. At present he has no c/o. States that at time he forgets to take his meds (antiretroviral Rx)

Meds: D4T 40 mg BID
3TC 150 mg BID
Nelfinavir 750 mg TID.
Bactrim DS TIW.
MVI c̄ minerals OD.

PE. Afebrile
No oral thrush No Leukoplakia, No cervical Adenopathy, Lungs clear Heart RRR no murm no gallop Abd soft no mass. Ext FROM no edema Neuro No focal deficit Genitalia No lesion Skin No Rash.

A/P. # HIV inf Stable
Pt advised to have Medication box Prepared once a wee and develop a routine to take meds as prescribed.
Continue D4T, 3TC, Nelfinavir, Bactrim & MVI.
Return to clinic 9/12/97

Safe sex advised

[signature] 78

8005008162 9
Chart No. ANDERSON, KEVIN
HOSPITAL 07/30/71 M

INFECTIOUS DISEASE

CONTINUATION RECORD

| LAST NAME | FIRST | MIDDLE | SEX | AGE | DATE ADMITTED | WARD OR CLINIC |
|---|---|---|---|---|---|---|

BP 132/54 [illegible] 184.9 P 89 A [illegible]

Young man c HIV inf low CD4 on antiretroviral therapy (Nelfinavir study) and PCP prophylaxis who is doing well stating today that he has been very compliant with meds and denies adverse events. He was supposed to be seen by Dermatology yesterday but was in Florida came in late last night. He has no specific complaints.

Medex: D4T 40 mg BID, Epivir 150 mg PO BID, Nelfinavir 750 mg TID, Bactrim DS TIW MVI c minerals QD

Labs 9/17/97 Chlamydia Ag neg
GC Ag Positive

Pt was Rx for GC last visit. Pt is Asymptomatic now. Pt advised to have partners tested for GC and use of condom essential.

PE Afebrile [illegible] No adenopathy Lungs clear Heart RRR w/o no gallop Abd no mass Ext no edema [illegible] NO focal deficit.

A/P #1 HIV/AIDS
Continue Antiretroviral Rx & PCP prophylaxis
SMA21, CD4 count, HIV RNA
Flu vaccine today
F/u c Dermatology - Reschedule Pt
RTC 11/21/97

[signature]

INFECTIOUS DISEASE

Chart No. 5008162
8U[illegible]8162
[illegible] KEVIN
7/30/7[illegible] M

JAN 16 1998

**CONTINUATION RECORD**

| LAST NAME | MIDDLE | SEX | AGE | DATE ADMITTED | WARD OR CLINIC |
|---|---|---|---|---|---|
| | | | | | |

Wt 188.9lbs T 97.6 Bp 116/60 P 89 A Spull

Young man with AIDS who has been on D4T/3TC/Nelfinavir (study meds). Takes meds regularly, no side effects. Patient has been doing well, no fever, no cough, no diarrhea, no visual problems, no night sweats, no STD, no ER visits. Sexually active and always uses condoms. Advised consistent condom use.

On PE: Well-developed in NAD, no thrush, no lymphadenopathy, no [illegible], chest clear A&P, Heart RR no murmur or gallop, Abd: no organomegaly or masses, Neuro: Intact, Skin: Intact.

Doing well on triple medication. Stable. Interested in ~~[illegible]~~ CR-MAC study. Advised adherence with the meds and condom use.

Plan: D4T 40mg po bid / 3TC 150mg po bid
- Nelfinavir (study meds)
- TMP/SMX [illegible] DS po od
- Multivits & minerals [illegible] po bid
- T cells / HIV RNA / SMA[illegible]
- RTC 2/13/98 [illegible]
- Nutrition

[signature]

NEW YORK CITY HEALTH AND HOSPITALS CORPORATION

HHC 2015 (Sep 93) Replaces 120-90 (Mar 73)

**FOLLOW UP NUTRITION EVALUATION** **SPECIAL CONDITION:**

Name: ANDERSON KEVIN Date: 2.27.98. Chart# 5008162

Drug Use current: no drug use. Methadone no drug use.

Current CD4 317 (13%) Date: 1.16.98 Trend in CD4 212 (11%) 10.17.97 78 6.13.97

RNA 3700 Date: 1.16.98. Trend in RNA <400 (10.24.97)

PMHx: Gonorrhea, Community acquired Pneumonia, oral thrush, Anaemia.

Current OI's & medical problems no problems.

Current Medications: Antiretrovirals: D4T, 3TC, NELFINAVIR.

Porphylaxis & other meds: BACTRIM, MVT-MIN, VIT-C.

ARV Side effects & Compliance: Missed some lunch doses. / complained of little fat accumulation on his abdomen

NUTRITION ASSESSMENT: UBW: | HT: IBW: BIA 535 / 75

Current Wt 186.3 Wt Gain/loss in las mon. ↓ 3 lbs since 1.16.98. Reason:

Wt changes in last 6 mo- 1r: ↑ from 152 2/97 — 188.9 lbs 1.16.98.

Body cell mass in last 3 mon. Body Fat in last mon.

Recent Labs : Date: 1.16.98 Hgb: 14.3 HCT 41.1 MCV 98.0

Date: 1.16.98. Alb: 4.4 Cholest. 186 TG Glucose 91 Creatinine: 1.0

10.17.97 4.5 192 87

Change is lab status from last value:

| GI/EATING PROBLEMS | |
|---|---|
| Appetite & Taste Changes # of Meals/day | Good. Pt eats 3-4 meals / day. |
| Nausea/Vomiting | none |
| Swallowing & Chewing problems | none |
| Diarrhea /Stomach Pain/Ulcers | none |
| Constipation | none |
| Gas/Bloating/Heart burn/Indigestion | none |
| Lactose Intolerance | none |

5008162
8U05008162 9
ANDERSON, KEVIN
07/30/71 M

INFECTIOUS DISEASE CLINIC 5/1/98

INFECTIOUS DISEASE

MAY 1 - 1998

Chart No.
HOSPITAL
CONTINUATION RECORD

| WARD OR CLINIC | NAME: DR. | FIRST | MIDDLE | SEX | AGE | DATE ADMITTED | WARD OR CLINIC |
|---|---|---|---|---|---|---|---|

| BP 114/69 | PR 79 | RR | TMP 97.8 | WHT 191.6 | MD |
|---|---|---|---|---|---|

| CD4 350 | VL |
|---|---|
| Date 5/1/98 | Date |

Patient with AIDS who CD4 ? now up to 350. asymptomatic and has had ER visits. Visited [illegible] [illegible] [illegible] Has cardias [illegible]. [illegible] think about CR. MAC next visit.

2/22/97 hepB [illegible]

PHYSICAL EXAM: (If abnormal explain, otherwise check the normal box)

☒ Normal HNEENT: ☒ Normal LUNGS: ☒ Normal
CARDIOVASC: ☒ Normal ABDOMEN: ☒ Normal EXTREMITIES: ☒ Normal
NERVOUS SYS: ☒ Normal

Abnormal findings & comments:
Doing well, Has return visit to dermatology.

PROBLEM LIST & PLAN:

HIV/AIDS
[illegible] adherence
Continue current meds
PD/Mupl Candida [illegible]

| Labs |
|---|
| CBC |
| SMA7 |
| SMA14 |
| VL |
| CD4 |
| RPR |
| UA |
| Hep B C |
| Others |

| Medications |
|---|
| 1 Nelfinavir study med [illegible] |
| 2 Zerit 40 [illegible] |
| 3 Epivir 150 BID |
| 4 Bactrim DS [illegible] |
| 5 MVI [illegible] |
| 6 |
| 7 |
| 8 |

Partner notification
Drug abuse counseling
Safe sex counseling

6/12/98 Dr. [illegible]

11

**FOLLOW UP NUTRITION EVALUATION** **SPECIAL CONDITION:**

Name: KEVIN. ANDERSON Date: 10-09-98 Chart# 5008162

Drug Use current: NONE

Current CD4 378 (15%) Date: 8-28-98 Trend in CD4 ↑ 350 (5/98)

RNA 1.6 K Date: 8-31-98 Trend in RNA ↓ 3.7 (9-2-98)

Current OI's & medical problems AIDS, genital warts → (resolved)

Current Medications: Antiretrovirals: D4T, 3TC, NELFINAVIR

Porphylaxis & other meds : MUCMIN, BACTRIM.

ARV Side effects & Compliance: NONE, Good - Misses 2 days / Month. ↳ nauseous feels.

**NUTRITION ASSESSMENT :** UBW: HT: IBW: BIA 487/63

Current Wt 193 Wt Gain/loss in las mon. ↑ 2 lbs since last visit Reason:

Wt changes in last 6 mo- 1r: ↑ 41 lbs Since 2/97.

Body cell mass in last 3 mon. Body Fat in last mon.

Recent Labs : Date: Hgb: 14.2 HCT 41.0 MCV 96.0

Date: Alb: 4.5 Cholest. (201) TG 108 Glucose 88 Creatinine: 1.2

| GI/EATING PROBLEMS | |
|---|---|
| Appetite & # of Meals/day | Good - Pt eats 5 Meals / day. |
| Nausea/Vomiting | None - nauseous feelings occasionally |
| Swallowing & Chewing Problems | None |
| Taste Changes | None |
| Diarrhea | None |
| Constipation | None |
| Stomach Pain/Ulcers | None |
| Gas/Bloating/Heart Burn/Indigestion | None |
| Lactose Intolerance | None |

(12)

5008162
8U05008162 9
ANDERSON, KEVIN
07/30/71 M

INFECTIOUS DISEASE CLINIC

DEC 04 1998

CONTINUATION RECORD

DR.

| NAME | FIRST | SEX | AGE | DATE ADMITTED | WARD OR CLINIC |
|---|---|---|---|---|---|

| 11/10 | PR 96 | RR | TMP 97.6 | WHT 195 | MD |
|---|---|---|---|---|---|

| CD4 270 | VL 1.6K |
|---|---|
| Date 8/98 | Date 8/31/98 |

Patient with AIDS who has been doing well. No hospitalization. No ER visits. No symptoms. Taking meds regularly. Had daughter recently, now practices safe sex. No discharge. Went to dentist 6 months ago - changed bridge. No thrush, no OI.

PHYSICAL EXAM: (If abnormal explain, otherwise check the normal box)

GENERAL: ☒Normal HNEENT: ☒Normal LUNGS: ☒Normal

CARDIOVASC: ☒Normal ABDOMEN: ☒Normal EXTREMITIES: ☒Normal

NERVOUS SYS: ☒Normal

Abnormal findings & comments: Patient doing well & now interested in CR-MAC. No history of DMAC. History of bacterial pneumonia in past.

PROBLEM LIST & PLAN:

HIV disease / AIDS
Genital warts
Continue Meds
Stress compliance

| Labs |
|---|
| CBC |
| SMA7 |
| SMA14 |
| (VL) |
| (CD4) |
| RPR |
| UA |
| Hep B (C) |
| Others |

| Medications |
|---|
| 1 D4T |
| 2 3TC |
| 3 TMS 1 DS po qd |
| 4 Nelfinavir 750 tid |
| 5 HIV med. Albuterol |
| 6 |
| 7 |
| 8 |

Partner notification
Substance abuse counseling
Safe sex counseling

RTC 2/5/99

NEW YORK CITY HEALTH AND HOSPITALS CORPORATION

(13)

...162 9
NDERSON, KEVIN
7/30/71 M
TAL

INFECTIOUS DISEASE CLINIC

NTINUATION RECORD

| AME | FIRST | MIDDLE | SEX | AGE | DATE ADMITTED | WARD OR CLINIC |
|---|---|---|---|---|---|---|
| | | | | | NOV 19 1999 | |

| P 128/73 | PR 85 | RR | TMP 97.3 | WHT | MD |
|---|---|---|---|---|---|

| CD4 388 | VL 730 |
|---|---|
| Date 8/55 | Date 8/55 |

...ent with AIDS who has ... well on D4T 3TC Viracept ... no side effects. No ER visits or hospitalization ... completely asymptomatic. Patient works in ... No current substance use, no smoking ... girlfriend ... uses condoms consistently

YSICAL EXAM: (If abnormal explain, otherwise check the normal box)

IN: ☒ Normal HNEENT: ☒ Normal LUNGS: ☒ Normal
RDIOVASC: ☒ Normal ABDOMEN: ☒ Normal EXTREMITIES: ☒ Normal
RVOUS SYS: ☒ Normal

normal findings & comments: Patient doing well on current meds. To continue meds. No evidence of lipodystrophy

OBLEM LIST & PLAN:

Influenza Vaccine ...
Continue meds
Stress adherence

| Labs | Medications |
|---|---|
| CBC | 1 D4T |
| SMA7 | 2 3TC |
| SMA14 | 3 Viracept ... |
| VL | 4 MVI |
| CD4 | 5 Bactrim |
| RPR | 6 |
| UA | 7 |
| Hep B C | 8 |
| Others | |

rtner notification
rug abuse counseling
fe sex counseling

1/21/2000

[signature] 7424 ...

(14)

600-8162

3162 CLN TEAM
00081629F/C S
RSON, KEVIN
10/1971M02/23/98
E 92 ND ST XX
NY11212
EL-SADR, WAFAA
0

INFECTIOUS DISEASE CLINIC

JAN 2 1 2000

CONTINUATION RECORD

| LAST NAME | FIRST | MIDDLE | SEX | AGE | DATE ADMITTED | WARD OR CLINIC |
|---|---|---|---|---|---|---|

| BP 124/44 | PR 91 | RR | TMP 96.0 | WHP 0715 | MD |
|---|---|---|---|---|---|

| CD4 382 | VL 10K |
|---|---|
| Date 11/99 | Date 11/55 |

Patient with AIDS who has been on D4T/3TC/Viracept/MVI + Bactrim. Patient has been asymptomatic and no ER visits/no hospitalizations. Taking meds and says misses dose once in a while. No STD uses condoms. Has teeth examined - Xrays. (no problem identified)

**PHYSICAL EXAM:** (If abnormal explain, otherwise check the normal box)

SKIN: ☒ Normal HNEENT: ☒ Normal LUNGS: ☒ Normal

CARDIOVASC: ☒ Normal ABDOMEN: ☒ Normal EXTREMITIES: ☒ Normal

NERVOUS SYS: ☒ Normal

**Abnormal findings & comments:** Patient doing clinically well and asymptomatic. Stressed importance of adherence with meds as HIV RNA 10K.

**PROBLEM LIST & PLAN:**

Continue current ARV meds
Stress adherence
Repeat lab tests
D/C Bactrim as CD4 > 200.

Partner notification
Drug abuse counseling
Safe sex counseling
C

No active Ab. CMV

3/31/2000

| Labs | Medications |
|---|---|
| CBC | 1 D4T |
| SMA7 | 2 3TC |
| SMA14 | 3 Viracept 750 TID |
| VL | 4 MVI |
| CD4 | 5 Bactrim |
| RPR | 6 |
| UA | 7 |
| Hep B C | 8 |
| Others | |

(15)

NEW YORK CITY HEALTH AND HOSPITALS CORPORATION