UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6147-CR-FERGUSON

UNITED STATES OF AMERICA,   :

    Plaintiff,   :

vs.   :

EVERALD K. DICKS,   :

    Defendant.   :
_____/

## DEFENDANT'S LETTER RE: SENTENCING

Defendant Everald K. Dicks, through counsel, hereby submits the attached letter for the Court's consideration prior to the imposition of sentence.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Neison M. Marks
Assistant Federal Public Defender
Court Assigned No. A5500635
1 East Broward Boulevard
Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436 ext. 126
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 8th day of August, 2002 to Scott Behnke, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301 and to Bonita Abrams, United States Probation Office, 299 E. Broward Blvd., Room 409, Fort Lauderdale, Florida 33301.

_/s/ Neison M. Marks_
Neison M. Marks

S:\Marks\Dicks\Sentence2.mem.wpd

Everald Dick #56073-004
Federal Detention Center
P.O. Box 019120
Miami, FL. 33101

July 29, 2002

Dear Judge Dimitrouleas,

    I know I have made some wrong decisions in my life and I have grown to realize my mistakes. If I had know then, what I now know, I would have made alot of different decisions. I have come to realize also that life is a privilege that can be taken away at anytime, therefore I try to live each day as if it is my last. I suffer from a illness that allow me little time to amend my differences before that precious privilege of life is taken away. I apologize to your honor and anyone I have offended with my actions. I take full responsibility for my actions, it was never my intent to disregard or break any laws. I was subject to a life threatening ultimadum.

    In 1993 upon entering Florida Dept. of Corrections, I was diagnose HIV positive, by the middle of 1994, I was told by doctors that I have full blown AIDS and have less than 6 months to live. By the grace of God I survived to the end of my sentence in December 1995, at which time I was deported to Jamaica. With no medication

or proper medical care, my bad situation became worst, my body was deteriorating drastically and I was on the verge of death. With no chance of surviving and time running out on my life, I reentered the United States to recieve helpful medication and treatment, that was not available in Jamaica. I am besieging with your honor to please be merciful and understanding to the delima that I was facing. Your honor, me, my family and my four children will appreciate your consideration for a lesser sentence within your discretion. I promise and assure you, that your honor will not regret such a decision or be disappointed by me.

Sincerely,
Everald Jicks