# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS



FILED by _____ D.C.
AUG 29 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6147-CR-WPD    DATE: August 29, 2002

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA  VS. Everald Kevin Dicks

U.S. ATTORNEY: Scott Behnke    DEFT. COUNSEL: Neison Marks

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed: 63 months BOP, 3 years Supervised Release, No Fine, $100 Assessment. 63 months of sentence are to run consecutive to State sentence currently serving. If ordered deported, the deft is to remain outside the United States. The Court recommends designation to So Florida.

CASE CONTINUED TO: _____    TIME: _____    FOR: _____

MISC: Court awards 2 points for Acceptance of Responsibility. Deft's motion for Downward Departure is Denied. Deft Informed of Right to Appeal.