UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6147-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EVERALD DICKS,

    Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Everald Dicks, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment and sentence entered in this action on the 30th day of August, 2002.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _/s/ Neison M. Marks_
Neison M. Marks
Assistant Federal Public Defender
Court Assigned no. A5500635
1 E. Broward Blvd., Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436/(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was served by U.S. mail this 3RD day of September, 2002, upon Anne Schultz, Assistant United States Attorney, Chief of Appellate Division, 99 N.E. 4th Street, Miami, Florida 33132.

_/s/ Neison M. Marks_
Neison M. Marks

KMW99.1