```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                   FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,    )  CASE NO. 00-6147-CR-FERGUSON
                             )
           Plaintiff,        )
                             )
       -v-                   )
                             )
EVERALD KEVIN DICKS,         )
                             )  Fort Lauderdale, Florida
           Defendant.        )  June 17, 2002
_____)  1:35 p.m.


              TRANSCRIPT OF STATUS CONFERENCE

        BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                    U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:       SCOTT BEHNKE, ESQ.
                         Assistant U.S. Attorney
                         500 E. Broward Boulevard
                         Suite 700
                         Fort Lauderdale, Florida 33394


For the Defendant:       NEISON M. MARKS, ESQ.
                         Assistant Federal Public Defender
                         One East Broward Boulevard
                         Suite 1100
                         Fort Lauderdale, Florida  33301


Reporter:                ROBERT A. RYCKOFF
                         Official Court Reporter
                         299 East Broward Boulevard
                         Fort Lauderdale, Florida 33301
                         954-769-5657
```

THIS VOLUME:

Pages 1 - 5

# NOT

# SCANNED

## PLEASE REFER TO COURT FILE