```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
               FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,   )  CASE NO. 00-6147-CR-FERGUSON
                            )
          Plaintiff,        )
                            )
     -v-                    )
                            )
EVERALD KEVIN DICKS,        )
                            )  Fort Lauderdale, Florida
          Defendant.        )  June 18, 2002
_____)  1:34 p.m.


            TRANSCRIPT OF STATUS CONFERENCE

        BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                   U.S. DISTRICT JUDGE
```

APPEARANCES:

For the Plaintiff:      SCOTT BEHNKE, ESQ.
                        Assistant U.S. Attorney
                        500 E. Broward Boulevard
                        Suite 700
                        Fort Lauderdale, Florida 33394


For the Defendant:      NEISON M. MARKS, ESQ.
                        Assistant Federal Public Defender
                        One East Broward Boulevard
                        Suite 1100
                        Fort Lauderdale, Florida  33301


Reporter:               ROBERT A. RYCKOFF
                        Official Court Reporter
                        299 East Broward Boulevard
                        Fort Lauderdale, Florida 33301
                        954-769-5657


THIS VOLUME
Pages  1 - 12

# NOT

# SCANNED

PLEASE REFER TO COURT FILE