UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,    )    CASE NO. 00-6147-CR-WPD
                             )
            Plaintiff,       )
                             )
        -v-                  )
                             )
EVERALD KEVIN DICKS,         )
                             )    Fort Lauderdale, Florida
            Defendant.       )    August 29, 2002
_____)    10:36 a.m.


TRANSCRIPT OF SENTENCE

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:        SCOTT BEHNKE, ESQ.
                          Assistant U.S. Attorney
                          500 E. Broward Boulevard
                          Suite 700
                          Fort Lauderdale, Florida 33394


For the Defendant:        NEISON M. MARKS, ESQ.
                          Assistant Federal Public Defender
                          One East Broward Boulevard
                          Suite 1100
                          Fort Lauderdale, Florida  33301


Reporter:                 ROBERT A. RYCKOFF
                          Official Court Reporter
                          299 East Broward Boulevard
                          Fort Lauderdale, Florida 33301
                          954-769-5657

THIS VOLUME

Pages ___1___ . 26

# NOT

# SCANNED

## PLEASE REFER TO COURT FILE