UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6147-CR-DIMITROULEAS

FILED BY _____ D.C.

2002 NOV 15 PM 4:19

CLARENCE HADDOX
CLERK U.S DIST. CT.
S.D. OF FLA - FTL

UNITED STATES OF AMERICA,          :

    Plaintiff,                               :

vs.                                                  :

EVERALD K. DICKS,                      :

    Defendant.                            :
_____/

## DEFENDANT'S MOTION TO UNSEAL TRANSCRIPT

Defendant Everald K. Dicks, through counsel, hereby moves this Court to unseal the sealed portion of the Reporter's Transcript dated June 19, 2002. The sealed portion is approximately nine pages long, and addresses Mr. Dicks' pretrial request for new counsel. The transcript does not contain any confidential or sensitive information.

WHEREFORE, it is respectfully requested that the sealed portion of the transcript dated June 19, 2002, be unsealed.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: /s/ Neison M. Marks
Neison M. Marks
Assistant Federal Public Defender
Court Assigned No. A5500635
Attorney for Defendant
One East Broward Blvd., Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 15th day of November, 2002 to, Scott Behnke Esquire, United States Attorney's Office, 299 East Broward Blvd., Fort Lauderdale, Florida 33301.

_____
Neison M. Marks

S:\Marks\Dicks\unseal.mtn.wpd