```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,        )
-------------------- Plaintiff,  )
                                 )
                                 )
                                 )
                                 )
                                 )
       vs.                       )   Case No.
                                 )   00-6147-CR-WPD
                                 )
                                 )
EVERALD KEVIN DICKS, a/k/a       )
"Lascelles Alexander Hall,"      )
-------------------- Defendant.  )
```

FILED by ___ D.C.
NOV - 4 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

VOLUME I
JURY TRIAL

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE
and a Jury of 12

JUNE 19, 2002, 9:00 A.M.

APPEARANCES:

For the Plaintiff:      Mr. Scott H. Behnke
                        OFFICE OF U.S. ATTORNEY
                        500 E. Broward Boulevard
                        7th Floor
                        Fort Lauderdale, Florida   33394-3002


For the Defendant:      Mr. Neison Max Marks
                        FEDERAL PUBLIC DEFENDER'S OFFICE
                        One East Broward Boulevard
                        Suite 1100
                        Fort Lauderdale, Florida   33301


Court Reporter:         Carly L. Horenkamp, RMR, CRR
                        Federal Courthouse
                        299 E. Broward Blvd., Rm. 207B
                        Fort Lauderdale, Florida   33301
                        (954) 769-5475

# NOT

# SCANNED

PLEASE REFER TO COURT FILE