IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    )
-------------------- Plaintiff,              )
                                             )
                                             )
                                             )
                                             )
                                             )
        vs.                                  )    Case No.
                                             )    00-6147-CR-WPD
                                             )
                                             )
EVERALD KEVIN DICKS, a/k/a                   )
"Lascelles Alexander Hall,"                  )
-------------------- Defendant.              )

```
FILED by _9_      D.C.

NOV - 4 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.
```

VOLUME II
JURY TRIAL

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE
and a Jury of 12

JUNE 20, 2002, 1:00 P.M.


APPEARANCES:

For the Plaintiff:      Mr. Scott H. Behnke
                        OFFICE OF U.S. ATTORNEY
                        500 E. Broward Boulevard
                        7th Floor
                        Fort Lauderdale, Florida   33394-3002


For the Defendant:      Mr. Neison Max Marks
                        FEDERAL PUBLIC DEFENDER'S OFFICE
                        One East Broward Boulevard
                        Suite 1100
                        Fort Lauderdale, Florida   33301


Court Reporter:         Carly L. Horenkamp, RMR, CRR
                        Federal Courthouse
                        299 E. Broward Blvd., Rm. 207B
                        Fort Lauderdale, Florida   33301
                        (954) 769-5475

# NOT

# SCANNED

## PLEASE REFER TO COURT FILE