UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6147-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EVERALD K. DICKS,

    Defendant.
_____/

## ORDER GRANTING MOTION TO UNSEAL TRANSCRIPT

THIS CAUSE having come before the Court on Defendant's Motion to Unseal Transcript and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the defendant's motion to unseal transcript is hereby GRANTED. The sealed portion of the Reporter's Transcript dated June 19, 2002 may be unsealed.

DONE AND ORDERED at Fort Lauderdale, Florida, this 18 day of November, 2002.

          WILLIAM P. DIMITROULEAS
          UNITED STATES DISTRICT JUDGE

cc:    Neison M. Marks, AFPD
       Scott Behnke, AUSA

