**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, FL 33301         CLARENCE MADDOX
954-769-5400                      Court Administrator/Clerk of Court

Clerk's Office - Appeal #02-14835-H    Date: December 19, 2002
U.S. Court of Appeals - Eleventh Circuit  USDC # 00-6147-CR-WDF
56 Forsyth St., N.W.                   USCA # 02-14835-H
Atlanta, GA  30303

IN RE:  **USA v. Everald Dicks**

========================================================================

Certificate of Readiness of Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal.  The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

    _1_ Volume of Pleadings
    _5_ Volumes of Transcripts

  _X_ Exhibits:

    _1_ PSI (sealed)

Sincerely,

Clarence Maddox, Court Administrator/Clerk

By: _____
            Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____
     Signature

---

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*



```
                                                    LSS       CLOSED
                                                    APPEAL
                         U.S. District Court
              Southern District of Florida (FtLauderdale)

            CRIMINAL DOCKET FOR CASE #: 00-CR-6147-ALL
```

USA v. Dicks                                                     Filed: 06/01/00
Dkt# in other court: None

Case Assigned to: Judge Wilkie D. Ferguson, Jr.

| | |
|---|---|
| EVERALD KEVIN DICKS (1) , DOB: 7/31/71   Prisoner #56073-004 aka Lascelles Alexander Hall    defendant [term 08/30/02] | Neison Max Marks [term 08/30/02] FTS 356-7556 [COR LD NTC pda] Federal Public Defender's Office 1 E Broward Boulevard Suite 1100 Fort Lauderdale, FL 33301 954-356-7436 |

Defendant Assigned to: Judge William P. Dimitrouleas

Pending Counts:                              Disposition

8:1326A.F REENTRY OF DEPORTED       Imprisonment 63 months (62
ALIEN - FELONY                      months consecutive to State
(1)                                 sentence in 00-16135CF10A)
                                    Supervised Release 36 months;
                                    Assessment $100.00
                                    (1)

Offense Level (opening): 4

Terminated Counts:

   NONE

Complaints:

   NONE



Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 12-19-02

```
Proceedings include all events.                                    LSS
0:00cr6147-ALL USA v. Dicks                                CLOSED APPEAL

EVERALD KEVIN DICKS, also known as Lascelles Alexander Hall,
DOB: 7/31/71 Prisoner #56073-004

             defendant


=========================

USA

             plaintiff


U. S. Attorneys:

  Lynn Dena Rosenthal, AUSA
  FTS 356-7336
  954-356-7255
  [COR LD NTC]
  United States Attorney's Office
  500 E Broward Boulevard
  7th Floor
  Fort Lauderdale, FL 33394-3002
  954-356-7255

  PTS Officer
  954-769-5600
  [COR LD NTC]
  Pretrial Services Office
  299 E Broward Boulevard
  Suite 301
  Fort Lauderdale, FL 33301
  954-769-5600

  Probation Officer
  FTS 769-5566
  954-769-5500
  [COR LD NTC]
  United States Probation Office
  299 E Broward Boulevard
  Room 409
  Fort Lauderdale, FL 33301-1865
  954-769-5500
```

```
Proceedings include all events.                                          LSS
0:00cr6147-ALL USA v. Dicks                                     CLOSED APPEAL
```

| | | |
|---|---|---|
| 6/1/00 | ① | INDICTMENT as to Everald Kevin Dicks (1) count(s) 1 (Criminal Category 1) (dd) [Entry date 06/02/00] |
| 6/1/00 | -- | Magistrate identification: Magistrate Judge Lurana S. Snow (dd) [Entry date 06/02/00] |
| 6/1/00 | ② | ARREST WARRANT issued as to Everald Kevin Dicks . Warrant issued by Magistrate Judge Lurana S. Snow  Bail fixed at PTD Requested (dd) [Entry date 06/02/00] |
| 8/25/00 | ③ | ORDER transferring defendant to Clerk's suspended file until time of arrest as to Everald Kevin Dicks ( Signed by Judge Wilkie D. Ferguson Jr. on 8/25/00) CCAP [EOD Date: 8/28/00] CCAP (dp) [Entry date 08/28/00] |
| 1/31/02 | ④ | PETITION by USA for Writ of Habeas Corpus ad prosequendum on 2/14/02 as to Everald Kevin Dicks (dp) [Entry date 02/01/02] |
| 2/12/02 | ⑤ | WRIT of Habeas Corpus ad Prosequendum issued as to Everald Kevin Dicks for 2/14/02 granting [4-1] petition as to Everald Kevin Dicks (1)  ( Signed by Magistrate Judge Lurana S. Snow on 2/12/02) [EOD Date: 2/13/02] (dp) [Entry date 02/13/02] |
| 2/12/02 | ⑥ | NOTICE of availability and demand for speedy trial by Everald Kevin Dicks (dp) [Entry date 02/13/02] |
| 3/4/02 | ⑦ | ARREST WARRANT Returned Executed as to Everald Kevin Dicks on 3/4/02 (dp) [Entry date 03/05/02] |
| 3/4/02 | -- | ARREST of Everald Kevin Dicks (dp) [Entry date 03/05/02] |
| 3/4/02 | ⑧ | REPORT Commencing Criminal Action as to Everald Kevin Dicks DOB: 7/31/71  Prisoner # 56073-004 (dp) [Entry date 03/05/02] |
| 3/4/02 | ⑨ | Minutes of initial appearance held on 3/4/02 before Magistrate Judge Lurana S. Snow as to Everald Kevin Dicks ; PTD/Arraignment reset to 3/8/02 and Inquiry re counsel set for 3/6/02 Court Reporter Name or Tape #: 02-10/2428 (dp) [Entry date 03/06/02] |
| 3/4/02 | ⑩ | ORDER on Initial Appearance as to Everald Kevin Dicks Bond set to No bond set for Everald Kevin Dicks.  Arraignment set for 11:00 3/8/02 for Everald Kevin Dicks ; Report re counsel set for 11:00 3/6/02 for Everald Kevin Dicks ; Detention hearing set for 11:00 3/8/02 for Everald Kevin Dicks ;  before Magistrate Judge Lurana S. Snow, , ( Signed by Magistrate Judge Lurana S. Snow  on 3/4/02)  CCAP (dp) [Entry date 03/06/02] |

```
Proceedings include all events.                                      LSS
0:00cr6147-ALL USA v. Dicks                                  CLOSED APPEAL

3/6/02    11   Minutes of inquiry re counsel/arraignment held on 3/6/02
               before Magistrate Judge Lurana S. Snow as to Everald Kevin
               Dicks; $100,000 CSB w/Nebbia   Court Reporter Name or Tape
               #: 02-14/3029 (dp) [Entry date 03/07/02]

3/6/02    12   STANDING DISCOVERY ORDER as to Everald Kevin Dicks  all
               motions concerning matters not covered by this order must
               be filed within 28 days of this order ( Signed by
               Magistrate Judge Lurana S. Snow on 3/6/02)  Tape #  CCAP (dp)
               [Entry date 03/07/02]

3/6/02    13   ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
               as to Everald Kevin Dicks   Status conference set for 11:00
               3/21/02 for Everald Kevin Dicks   before Judge Wilkie D.
               Ferguson Jr. ( Signed by Magistrate Judge Lurana S. Snow on
               3/6/02) [EOD Date: 3/7/02]  CCAP (dp) [Entry date 03/07/02]

3/6/02    14   ARRAIGNMENT INFORMATION SHEET for Everald Kevin Dicks (1)
               count(s) 1   NOT GUILTY PLEA ENTERED as to all counts.
               Court accepts plea. (dp) [Entry date 03/08/02]

3/7/02    15   DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by
               Everald Kevin Dicks (dp) [Entry date 03/11/02]

3/8/02    16   NOTICE of Assignment of Assistant Public Defender for
               Everald Kevin Dicks . Terminated  AFPD Neison Max Marks
               assigned. (dp) [Entry date 03/11/02]

3/12/02   17   RESPONSE to Standing Discovery Order by USA  as to Everald
               Kevin Dicks (dp) [Entry date 03/13/02]

3/18/02   18   SECOND RESPONSE to Standing Discovery Order by USA  as to
               Everald Kevin Dicks (dp) [Entry date 03/19/02]

3/19/02   19   MOTION with Memorandum in Support by Everald Kevin Dicks
               to compel discovery (ss) [Entry date 03/20/02]

3/21/02   20   Minutes of status conference held on 3/21/02  before
               Magistrate Barry S. Seltzer as to Everald Kevin Dicks ;
               Court Reporter Name or Tape #: 02-19/576 (dp)
               [Entry date 03/22/02]

3/21/02   --   Status conference as to Everald Kevin Dicks  held  before
               Magistrate Barry S. Seltzer (dp) [Entry date 03/22/02]

3/21/02   21   STATUS REPORT ORDER as to Everald Kevin Dicks  . ( Signed
               by Magistrate Barry S. Seltzer on 3/21/02) [EOD Date:
               3/22/02] CCAP (dp) [Entry date 03/22/02]

3/21/02   --   Status conference as to Everald Kevin Dicks  held  before
               Magistrate Barry S. Seltzer (dp) [Entry date 03/22/02]
```

```
Proceedings include all events.                                        LSS
0:00cr6147-ALL USA v. Dicks                                    CLOSED APPEAL
```

| Date | # | Entry |
|---|---|---|
| 3/22/02 | 22 | SCHEDULING ORDER as to Everald Kevin Dicks setting Calendar Call for 3:15 4/15/02 for Everald Kevin Dicks ; Jury Trial for 4/22/02 for Everald Kevin Dicks ; before Judge Wilkie D. Ferguson Jr. ( Signed by Judge Wilkie D. Ferguson Jr. on 3/21/02) [EOD Date: 3/25/02]  CCAP (dp) [Entry date 03/25/02] |
| 3/28/02 | 23 | MOTION with Memorandum in Support by Everald Kevin Dicks to compel discovery (dp) [Entry date 03/29/02] |
| 4/8/02 | 24 | RESPONSE by USA as to Everald Kevin Dicks re [23-1] motion to compel discovery (dp) [Entry date 04/09/02] |
| 4/9/02 | 25 | JOINYT STATUS REPORT by USA as to Everald Kevin Dicks (dp) [Entry date 04/10/02] |
| 4/10/02 | 26 | MOTION by Everald Kevin Dicks to continue trial (dp) [Entry date 04/11/02] |
| 4/12/02 | 27 | NOTICE of Hearing as to Everald Kevin Dicks : reset calendar call for 2:00 4/29/02 for Everald Kevin Dicks before Judge Wilkie D. Ferguson Jr., reset Jury trial for 5/6/02 for Everald Kevin Dicks  before Judge Wilkie D. Ferguson Jr., to Continue in Interest of Justice 4/12-4/29 (dp) [Entry date 04/15/02] |
| 4/15/02 | 28 | ORDER as to Everald Kevin Dicks denying [23-1] motion to compel discovery as to Everald Kevin Dicks (1), denying [19-1] motion to compel discovery as to Everald Kevin Dicks (1) ( Signed by Magistrate Judge Lurana S. Snow on 4/15/02) [EOD Date: 4/16/02] CCAP (dp) [Entry date 04/16/02] |
| 4/16/02 | 29 | MOTION by USA as to Everald Kevin Dicks to continue trial (dp) [Entry date 04/17/02] |
| 4/29/02 | 30 | ORDER as to Everald Kevin Dicks granting [29-1] motion to continue trial as to Everald Kevin Dicks (1) to Continue in Interest of Justice, reset calendar call for 3:15 5/28/02 for Everald Kevin Dicks before Judge Wilkie D. Ferguson Jr. ( Signed by Judge Wilkie D. Ferguson Jr. on 4/29/02) [EOD Date: 4/30/02] CCAP (dp) [Entry date 04/30/02] |
| 5/28/02 | 31 | Minutes of calendar call held on 5/28/02 before Judge Wilkie D. Ferguson Jr. as to Everald Kevin Dicks ; Court Reporter Name or Tape #: Carly Horenkamp (dp) [Entry date 05/29/02] |
| 5/28/02 | -- | Calendar call as to Everald Kevin Dicks held before Judge Wilkie D. Ferguson Jr. (dp) [Entry date 05/29/02] |
| 5/30/02 | 32 | MOTION by Everald Kevin Dicks to continue trial (dp) [Entry date 05/30/02] |

```
Proceedings include all events.                                    LSS
0:00cr6147-ALL USA v. Dicks                                 CLOSED APPEAL

5/30/02   33   ORDER as to Everald Kevin Dicks  denying [32-1] motion to
               continue trial as to Everald Kevin Dicks (1) ( Signed by
               Judge Wilkie D. Ferguson Jr. on 5/30/02) [EOD Date:
               5/31/02] CCAP (dp) [Entry date 05/31/02]

5/30/02   34   NOTICE of Hearing as to Everald Kevin Dicks :  set Jury
               trial for 9:00 6/3/02 for Everald Kevin Dicks   before
               Judge Wilkie D. Ferguson Jr. (dp) [Entry date 05/31/02]

6/12/02   46   ORDER as to Everald Kevin Dicks transferring defendant to
               the Honorable William P. Dimitrouleas for trial (Signed by
               Judge Wilkie D. Ferguson Jr. on 6/21/02 now for 6/17/02)
               [EOD Date: 6/24/02] CCAP (ss) [Entry date 06/24/02]

6/17/02   35   Minutes of Calendar Call/Status Conference held on 6/17/02
               before Judge William P. Dimitrouleas as to Everald Kevin
               Dicks; Calendar Call 6/18/02 at 1:30; Court Reporter Name
               or Tape #: Bob Ryckoff (ss) [Entry date 06/18/02]

6/17/02   --   Calendar call as to Everald Kevin Dicks held before Judge
               William P. Dimitrouleas (ss) [Entry date 06/18/02]

6/18/02   36   Minutes of Calendar Call/Status Conference held on 6/18/02
               before Judge William P. Dimitrouleas as to Everald Kevin
               Dicks; Jury Selection and Trial 6/19/02 at 9:00; Court
               Reporter Name or Tape #: Bob Ryckoff (ss)
               [Entry date 06/19/02]

6/18/02   --   Calendar call as to Everald Kevin Dicks held before Judge
               William P. Dimitrouleas (ss) [Entry date 06/19/02]

6/19/02   37   Minutes of Jury Selection and Trial Day 1 held on 6/19/02
               before Judge William P. Dimitrouleas as to Everald Kevin
               Dicks; Day 2 6/20/02 at 12:30; Court Reporter Name or Tape
               #: Carly (ss) [Entry date 06/20/02]

6/19/02   --   Voir dire begun as to Everald Kevin Dicks (1) count(s) 1 (ss)
               [Entry date 06/20/02]

6/19/02   --   Jury trial as to Everald Kevin Dicks held before Judge
               William P. Dimitrouleas (ss) [Entry date 06/20/02]

6/20/02   38   Court's Jury instructions as to Everald Kevin Dicks (lh)
               [Entry date 06/21/02]

6/20/02   39   Exhibit and Witness List by USA as to Everald Kevin Dicks
               (lh) [Entry date 06/21/02]

6/20/02   40   JURY VERDICT as to Everald Kevin Dicks Guilty: Everald
               Kevin Dicks (1) count(s) 1 (lh) [Entry date 06/21/02]

6/20/02   41   STIPULATION  re: alien status by Everald Kevin Dicks, USA
               (lh) [Entry date 06/21/02]
```

```
Proceedings include all events.                                      LSS
0:00cr6147-ALL USA v. Dicks                                  CLOSED APPEAL
```

| Date | No. | Entry |
|---|---|---|
| 6/20/02 | 42 | STIPULATION re: Immigration Hearing by Everald Kevin Dicks, USA (lh) [Entry date 06/21/02] |
| 6/20/02 | 43 | Minutes of jury trial day 2 held on 6/20/02 before Judge William P. Dimitrouleas as to Everald Kevin Dicks ; Court Reporter Name or Tape #: Bob Carey (lh) [Entry date 06/21/02] |
| 6/20/02 | 44 | Release of exhibits as to Everald Kevin Dicks Released to: John R. Soleh (USBP) (lh) [Entry date 06/21/02] [Edit date 06/27/02] |
| 6/20/02 | 45 | NOTICE of Hearing as to Everald Kevin Dicks : setting Sentencing for 9:45 8/29/02 in Courtroom 203E for Everald Kevin Dicks (lh) [Entry date 06/21/02] |
| 6/21/02 | -- | DEFENDANT REASSIGNMENT as to Everald Kevin Dicks to Judge William P. Dimitrouleas (ss) [Entry date 06/24/02] |
| 7/8/02 | 47 | EXHIBITS by Everald Kevin Dicks re: necessity (ss) [Entry date 07/09/02] |
| 8/1/02 | 48 | SENTENCING MEMORANDUM by Everald Kevin Dicks (dp) [Entry date 08/02/02] |
| 8/9/02 | 49 | Letter re sentencing by Everald Kevin Dicks (dp) [Entry date 08/12/02] |
| 8/29/02 | 50 | Minutes of Sentencing held on 8/29/02 before Judge William P. Dimitrouleas as to Everald Kevin Dicks; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 08/30/02] |
| 8/29/02 | -- | Sentencing held before Judge William P. Dimitrouleas Everald Kevin Dicks (1) count(s) 1 (ss) [Entry date 09/03/02] |
| 8/30/02 | 51 | JUDGMENT as to Everald Kevin Dicks (1) count(s) 1. Imprisonment 63 months (62 months consecutive to State sentence in 00-16135CF10A) Supervised Release 36 months; Assessment $100.00 (Signed by Judge William P. Dimitrouleas on 8/30/02) [EOD Date: 9/3/02] CCAP (ss) [Entry date 09/03/02] |
| 9/3/02 | 52 | NOTICE OF APPEAL by Everald Kevin Dicks re: [51-1] judgment order EOD Date: 9/3/02; Everald Kevin Dicks (1) count(s) 1; Filing Fee: $ NO FEE REQUIRED - FPD. Copies to USCA, AUSA, USM, USPO and Counsel of Record. (gf) [Entry date 09/04/02] |
| 9/4/02 | -- | Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to Everald Kevin Dicks [52-1] appeal (gf) [Entry date 09/04/02] |

```
Proceedings include all events.                                    LSS
0:00cr6147-ALL USA v. Dicks                                CLOSED APPEAL
```

| Date | # | Description |
|---|---|---|
| 9/11/02 | -- | NOTICE of Receipt of Notice of Appeal Transmittal Letter from USCA on 9/11/02 as to Everald Kevin Dicks Re: [52-1] appeal USCA Number: 02-14835-H (dl) [Entry date 09/12/02] |
| 9/11/02 | (53) | TRANSCRIPT INFORMATION FORMS (2) as to Everald Kevin Dicks re: [52-1] appeal received on 9/12/02 from Court Reporter. (Returned to Court Reporter Coordinator) (gf) [Entry date 09/12/02] |
| 9/23/02 | (54) | Acknowledgement of Transcript Information Formas to Everald Kevin Dicks re: [52-1] appeal by Everald Kevin Dicks Transcript of: Pre-Trial Proceedings and Sentence held 6/17/02, 6/18/02, 8/29/02Transcript due on: 10/21/02 for Everald Kevin Dicks ; Court Reporter name: Robert Ryckoff (gf) [Entry date 09/25/02] |
| 9/24/02 | (55) | Acknowledgement of Transcript Information Form as to Everald Kevin Dicks re: [52-1] appeal by Everald Kevin Dicks Transcript of: Trial Proceedings held 6/19/02 & 6/20/02. Transcript due on: 10/15/02 for Everald Kevin Dicks Court Reporter name: Carly Horenkamp (gf) [Entry date 09/26/02] |
| 10/4/02 | 56 | TRANSCRIPT filed as to Everald Kevin Dicks of Status Conference held 6/17/02 before Judge William P. Dimitrouleas Volume #: 1 Pages: 1-5 re: [52-1] appeal . Appeal record due on 10/21/02 for Everald Kevin Dicks (gf) [Entry date 10/04/02]  *vol.2* |
| 10/4/02 | 57 | TRANSCRIPT filed as to Everald Kevin Dicks of Status Conference held 6/18/02 before Judge William P. Dimitrouleas Volume #: 1 Pages: 1-12 re: [52-1] appeal . Appeal record due on 10/21/02 for Everald Kevin Dicks (gf) [Entry date 10/04/02]  *vol.3* |
| 10/4/02 | 58 | TRANSCRIPT filed as to Everald Kevin Dicks of Sentence held 8/29/02 before Judge William P. Dimitrouleas Volume #: 1 Pages: 1-26 re: [52-1] appeal . Appeal record due on 10/21/02 for Everald Kevin Dicks (gf) [Entry date 10/04/02]  *vol.6* |
| 10/4/02 | (59) | Transcript Information Form as to Everald Kevin Dicks for Transcript of: Status Conferences & Sentence held 6/17/02-6/18/02 & 8/29/02 filed re: [52-1] appeal by Everald Kevin Dicks (gf) [Entry date 10/04/02] |
| 11/4/02 | 61 | TRANSCRIPT filed as to Everald Kevin Dicks of Jury Trial held 6/19/02 before Judge William P. Dimitrouleas Volume #: 1 Pages: 1-264 re: [52-1] appeal . Appeal record due on 11/19/02 for Everald Kevin Dicks (gf) [Entry date 11/18/02]  *vol.4* |

```
Proceedings include all events.                                    LSS
0:00cr6147-ALL USA v. Dicks                               CLOSED APPEAL
```

| Date | Doc# | Description |
|---|---|---|
| 11/4/02 | 62 | TRANSCRIPT filed as to Everald Kevin Dicks of Jury Trial held 6/20/02 before Judge William P. Dimitrouleas Volume #: 2 Pages: 265-307 re: [52-1] appeal . Appeal record due on 11/19/02 for Everald Kevin Dicks (gf) [Entry date 11/18/02]   vol. 5 |
| 11/15/02 | 60 | MOTION by Everald Kevin Dicks to unseal transcript (ss) [Entry date 11/18/02] |
| 11/18/02 | 63 | ORDER as to Everald Kevin Dicks granting [60-1] motion to unseal transcript as to Everald Kevin Dicks (1) (Signed by Judge William P. Dimitrouleas on 11/18/02) [EOD Date: 11/19/02] CCAP※ (ss) [Entry date 11/19/02] |
| 12/17/02 | 64 | Certificate of readiness transmitted to USCA as to Everald Kevin Dicks re: [52-1] appeal by Everald Kevin Dicks USCA # 02-14835-H (dl) [Entry date 12/17/02] |