UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EVERALD K. DICKS,

    Defendant.

_____/

CASE NO. 00-6147-CR-DIMITROULEAS

FILED by _____ D.C.

SEP 2 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER DEFERRING RULING

THIS CAUSE having come before the Court on Defendant's August 28, 2003 Petition for Reconsideration of Sentence, the Court defers ruling for five (5) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of September, 2003.

                                                 _____
                                               WILLIAM P. DIMITROULEAS
                                               United States District Judge

Copies furnished to:

Neison M. Marks, AFPD
Scott Behnke, AUSA

Everald Dicks, #193141
c/o Everglades Corr. Inst.
P.O. Box 949000
Miami, FL 33194-9000

