FILED BY_____D.C

03  SEP -2  AM 8: 35

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EVERALD KEVIN DICKS,
      Petitioner,

vs.

UNITED STATES,
      Respondent.
_____/

CASE NO.: 00-6147-CR-WPD

JUDGE:    W.P. DIMITROULEAS

## PETITION FOR RECONSIDERATION OF SENTENCE

COMES NOW, Everald  Kevin Dicks, Petitioner, to move this Honorable Court, pursuant to Federal Rules of Criminal Procedure, Rule 35, to reconsider the sentence imposed in this case and in furtherance thereof would show the following:

1.)    This court the sentenced Petitioner on the 29 day of August 2002, to a term of 63 months followed by 3 years, supervise release, 62 months to run consecutive to his 60 months state sentence in docket# 00-1635 CFIOA.

2.)    Less than 1 year have elapsed since sentencing and this Court has jurisdiction to reconsider and modify the sentence at issue.

3.)    In support of petition for reconsideration of the sentence Petitioner submits:

He was convicted of illegal re-entry after deportation on June20, 2002 and was sentenced by Judge Dimitrouleas to be imprisoned for a term of 63 months in the United States Bureau of Prison, with a stipulation that 62 of those months state sentence in docket# 00-1635 CFIOA and upon release from imprisonment, he shall be on supervise release for a term of 3 years.  Being that Petitioner will be deported by the Immigration and Naturalization Service upon release from imprisonment, the court stated, " his term of probation/supervised release shall be non-reporting while residing outside the United States."

I am respectfully petitioning and requesting some leniency, mercy and reconsideration to modify this 62 months consecutive sentence, to a concurrent conterminous sentence to my state sentence in docket# 00-1635CFIOA. Since I have been incarcerated, I performed my duties as an inmate effectively, by exercising my behavior, work overall adjustment has exceeded security standards. I participate in betterment and wellness programs, attend chapel services regularly and currently in the process of enrolling in other programs, to be productive. Unfortunately no vocational programs are any longer available in the State Prison system. During my wait on the list to be enroll in vocational programs, such programs were deleted out of the prison system. I have been incarcerated since February 4, 2000 and has obtain no major disciplinary reports or infractions, please find attach my most recent progress review report by my classification officer at the Florida Department of Correction. My children, family and myself would appreciate most graciously if the court will reconsider my sentence. I am looking forward, to be reunited with my family and be a positive role model in society and court, Judge William B. Dimitrouleas to please give me a chance and the opportunity to prove myself, to be a respecting, law abiding progressive person. It is demeaning, degrading and hurtful enough that I am imprisoned, subjected to unusual circumstance and separated from my family for almost 4 years already, then furthermore will be punished by being deported back to Jamaica after this ordeal of confinement. I truthfully and respectfully do not believe that 62 additional months on top of my current tentative release date (T.R.D.) of October 26, 2004, out of my short life imprisoned away from my children, will serve its purpose of justice. I have learned, along with matured a great deal, I am sorry and very remorseful for my crime and actions. Once, again I offer my apology to the court and anyone else, I have offended. Thank you very much for your time and I look forward to the court's response and assistance.

In addition, Section 239 of Pub. L. 98-473 provided that:

Federal Judges in determining the particular sentence to be imposed consider-

"1.)    The nature and circumstance of the offense and the history and characteristics of the defendant.

2.)   The general appropriateness of imposing a sentence other than imprisonment in cases in which the defendant has not been convicted of a crime of violence or otherwise serious offense; and

3.)   The general appropriateness of imposing a sentence of imprisonment in cases which the defendant has been convicted of a crime of violence or otherwise serious offense."

Also Title 18 USCA Section 3553

       2.)   The need for the sentence imposed-

          A.)   to reflect the seriousness of the offense.

In, light of the Commission, Senate, and Congress purpose of the sentencing guidelines. I pray for the court's forgiveness, mercy and favor, as known a concurrent coterminous sentence is solely in the discretion of the Federal Judge in this cause.

     WHEREFORE, based upon the foregoing, Petitioner respectfully submit and prays that this Honorable Court will reconsider the sentence imposed.


               Respectfully,


               Everald Dicks


               Everald Dicks

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY, that a true and correct copy of the foregoing Petition for

Reconsideration of sentence was furnished to the Office of United States Attorney

for the United States District Court, The Southern District of Florida at 99 N.E. 4th

Street, Miami, Florida 33132 by United States Mail on August 28, 2003.

Sincerely,

*Everald Dicks*

Everald Dicks DC#193141
Everglades Correction Institution
P.O. BOX 949000
Miami, Florida 33194-9000

```
                  FLORIDA DEPARTMENT OF CORRECTIONS     07/02/2003  13:43
IRN0600        INMATE MANAGEMENT PLAN & PERFORMANCE RESULTS     MAIL BOX #
                              INMATE NOTICE
DC#: 193141  NAME: DICKS, EVERALD       EXT.STA: ACTIVE       TRD: 10/26/2004
B/m  LOC: EVERGLADES C.I.     TEAM: 06  CUSTODY: CLOSE
WK.ASG: INSIDE GROUNDS                 BED: C4204U  INT.STA: GENERAL POPULATION
   ASSESSMENT DATE: 07/02/2003  PREPARED BY: CJC34 = CASANOVA, J. C.
FACILITY: 401 EVERGLADES C.I.     CUSTODY AT DATE OF ASSESSMENT: CLOSE


           1. PERFORMANCE RESULTS - THROUGH REPORTING PERIOD


PERIOD FROM: 01/09/2003  TO: 07/02/2003  LAST COMPLETED/UPDATED: 01/09/2003


A. OVERALL ADJUSTMENT:                       ABOVE SATISFACTORY


B. WORK/PROGRAM ASSIGNMENTS AVERAGE RATING        ABOVE SATISFACTORY


C. HOUSING AVERAGE RATING (SECURITY)              ABOVE SATISFACTORY


D. DISCIPLINE RECORD:TOTAL DR:   0  MAJOR DR:   0  TOTAL DR TO DATE:   1


E. PROGRAM CERTIFICATES AWARDED:
     FACILITY              COURSE NAME           CERT.AWARDED


           2. GOALS & OBJECTIVES - UPCOMING REPORTING PERIOD
**NOTICE TO INMATE:  THE FOLLOWING GOALS AND OBJECTIVES MAKE UP YOUR
 CLASSIFICATION PLAN DURING THE LISTED TIME PERIOD. YOUR PERFORMANCE IN MEETING
 YOUR OBJECTIVES DURING THE REPORTING PERIOD WILL BE EVALUATED AND WILL BE A
 MAJOR FACTOR IN FUTURE DECISIONS REGARDING YOUR PLACEMENT IN FACILITY, WORK,
 OR PROGRAMS (INCLUDING WORK RELEASE-IF YOU ARE OTHERWISE ELIGIBLE).  CHANGES
 TO THE CLASSIFICATION PLAN MAY BE MADE BASED ON DEPARTMENT OR INSTITUTION
 NEEDS, OR NEW INFORMATION.  AN UPDATED "INMATE NOTICE" WILL BE PROVIDED TO YOU
 FOLLOWING CHANGES TO YOUR PLAN ("OBJECTIVES").


PERIOD FROM: 07/02/2003  TO: 01/02/2004  PLAN COMPLETED: 07/02/2003


A. GOAL    B. GOAL DESCRIPTION       C. OBJECTIVE DESCRIPTION
EDUCATION  PARTIC. IN ACAD. ED.      DEFER PARTICIPATION
VOCATION   NO GOAL
SUB ABUSE  DEV. NO DRUG LIFE.        DEFER PARTICIPATION
WORK COMP  MAINTAIN WORK ETHIC       EARN ABOVE SAT RATINGS
SECURITY   COMPLY SEC. BEHAV. OBJ.   EXCEED SECURITY STNDS
DISCIPLINE ADHERE-RULES PROH COND    MAINTAIN CLEAR DR RECORD
WELLNESS   NO GOAL
BETTERMENT PARTIC. SELF-BETT. PGM
WORK REL   NO GOAL
TRANS ASST NO GOAL


                  3. CPO COMMENTS
INMATE DICKS REPORTED TO HIS PROGRESS REVIEW IN A TIMELY
BASIS.  HE ASKED ABOUT HIS COUNTY TIME AND FEDERAL TIME.
INMATE HAS DETAINERS FOR BOTH.  INMATE WAS INFORMED HIS T.
R. D. IS 10/25/04.  INMATE STATED BOTH HIS PHONE AND VISITOR
LIST ARE OK FOR NOW.  INMATE STATED HE WANTS TO ENROLL IN
THE P. C. PROGRAM.  INMATE INFORMED TO CONTACT THE EDUCATION
DEPARTMENT.  NO OTHER CONCERNS AT THIS TIME.
```