UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6147-CR-DIMITROULEAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| EVERALD DICKS, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S OBJECTION TO DEFENDANT'S
MOTION FOR RECONSIDERATION**

The defendant has filed a motion for reconsideration of sentence requesting this Court to reverse it ruling that the defendant's sentence run consecutive to his state sentence and reimpose the sentence to run concurrent with his state sentence. The Court does not have the jurisdiction to address the issue.

Fed. R. Crim. P. 35(c) provides: "The court, acting within 7 days after the imposition of sentence, may correct a sentence that was imposed as a result of arithmetical, technical, or other clear error." In United States v. Morrison, 204 F.3d 1091, 1093-94 (11th Cir. 2000), the Eleventh Circuit held that the 7-day limitation is jurisdictional and the window to correct a sentence runs from the time sentence is first orally pronounced, not from the time the judgement is entered on the docket. After seven days, the district court retains no power to alter or modify the sentence imposed. "A contrary rule, interpreting the phrase to refer to the written judgment, would allow district courts to



announce a sentence, delay the ministerial task of formal entry, have a change of heart, and alter the sentence--a sequence of events we believe to be beyond what the rule was meant to allow." Id. at 1093.

Even if the Court were to address the issue, the government would object to the federal sentence running concurrent with the state sentence.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
Lynn D. Rosenthal
Assistant United States Attorney
Florida Bar No. 343226
500 East Broward Blvd.
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this 8TH day of September, 2003 to: Everald Dicks, Everglades Correction Institute, P.O. Box 949000, Miami, Florida 33194-9000

_____
Lynn D. Rosenthal
Assistant United States Attorney