UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6147-CR-DIMITROULEAS

　　Plaintiff,

vs.

EVERALD K. DICKS,

　　Defendant.
_____/

### O R D E R

THIS CAUSE having come before the Court on Defendant's August 28, 2003 Petition for Reconsideration of Sentence. [DE-68] and Court having received a September 8, 2003 Objection from the Government, [DE-69], the Motion for Reconsideration is Denied.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 9 day of September, 2003.

　　　　　　　　　　　　　　　　WILLIAM P. DIMITROULEAS
　　　　　　　　　　　　　　　　United States District Judge

Copies furnished to:

Lynn Rosenthal., AUSA

Everald Dicks, #193141
c/o Everglades Corr. Inst.
P.O. Box 949000
Miami, Florida 33194-9000

