UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 00-6147-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

EVERALD DICKS,

          Defendant.
_____/

**DEFENDANT'S MOTION FOR STAY
PENDING GOVERNMENT'S RESPONSE TO DEFENDANT'S
PETITION FOR RECONSIDERATION OF SENTENCE, AND FOR
EXTENSION OF TME TO REPLY**

The Defendant, **EVERALD DICKS**, pursuant to S.D. Fla. L.R. 7.1, by his undersigned attorney, **Abe Bailey, Esq.,** hereby moves this honorable court for a stay pending the Government's response to Defendant's Petition for reconsideration of sentence and for and extension of time for a period of twenty-one (21) days in which to file a reply thereto and can show as follows:

    1.    The undersigned counsel has been instructed by the Defendant to represent him in the proceedings herein initiated *pro se* and



Page 1 of 3

by which he seeks to have the court reconsider his sentence and to reduce his sentence. The instructions from the Defendant were received only two days ago and only after the *pro se* pleadings were filed and served on the Government and the court issued its order of September 2, 2003 deferring a ruling on the Defendant's *pro se* petition and further giving the Government five (5) days in which to respond.

2. Defense counsel seeks an opportunity to fully apprise himself of the Government's response and to receive further instructions for the Defendant in light of such response in order to make a full and appropriate reply to the Government's response.

3. Because the Defendant is incarcerated defense counsel reasonably believes that to complete the necessary tasks would require a minimum of twenty-one (21) days from receipt of the Government's response and therefore asks the court to stay any determination of the Defendant's *pro se* Petition pending the filing and service of the Government's response thereto.

4.  No one is adversely affected by the request made herein and this application is not made for delay.

WHEREFORE, it is respectfully requested that the court make an order for a stay pending the Government's response and that the time for the Defendant to reply be extended to twenty-one days (21) after the time limited for the Government's filing and service of a response or such further and or other order as is reasonable in all the circumstances to afford the Defendant's counsel sufficient time to reply to the Government's pleading.

                           Respectfully submitted,

                           _____
                           ABE BAILEY, ESQ.
                           Attorney for the Defendant
                           18350 N.W. 2nd Avenue, 5th Floor
                           Miami, FL 33169
                           (305) 653-8860
                           FBN 480398

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was forwarded by U.S. mail to AUSA Scott Behnke, U.S. Attorney's Office, 99 N.W. 4th Street, Miami, FL 33132 on September 10, 2003.

                           _____
                           ABE BAILEY, ESQ.