UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6147-CR-DIMITROULEAS

    Plaintiff,

vs.

EVERALD K. DICKS,

    Defendant.
_____/

**O R D E R**

THIS CAUSE having come before the Court on Defendant's September 15, 2003 Motion For Stay Pending Government's Response to Petition for Reconsideration of Sentence and for Extension of Time to Reply and the Court having denied the Petition [DE-68] on September 9, 2003 [DE-70], the Motion for Stay and for Extension of Time is Denied.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 16 day of September, 2003.

                                      WILLIAM P. DIMITROULEAS
                                    United States District Judge

Copies furnished to:

Lynn Rosenthal, AUSA

Abe Bailey, Esquire
18350 N.W. 2nd Avenue, 5th Floor
Miami, Florida 33169

