UNITED STATES COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA

CASE NO: 00-6147-CR DIMITROULEAS

UNITED STATES OF AMERICA )
)
)
v. )  Notice of Appeal
)
EVERALD KEVIN DICKS, )
           Defendant. )

Notice is hereby given that Everald Dicks defendant in the above named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from an order denying defendant Motion for Reconsideration of Sentence entered in this action on the 9th day of September 2003.

Submitted by
Everald Dicks
Everald Dicks #193141
Everglades Correctional Inst.
P.O. Box 949000
Miami, FL. 33194-9000