UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6147-CR-DIMITROULEAS

EVERALD KEVIN DICKS,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

### ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY
### ORDER GRANTING IN PART APPLICATION TO PROCEED WITHOUT
### PREPAYMENT OF FEES AND AFFIDAVIT

THIS CAUSE is before the Court upon Petitioner's Notice of Appeal [DE-74] and Petitioner's Application to Proceed without Prepayment of Fees and Affidavit [DE-73]. The Court, pursuant to Eleventh Circuit Court of Appeal precedent, treats the notice of appeal as an application for a certificate of appealability. The Court has carefully considered the notice and application and is otherwise fully advised in the premises.

On September 9, 2003, this Court denied Petitioner's Motion for Reconsideration of Sentencing. [DE-70]. On consideration of the instant motion for a certificate of appealability, the Court will deny such certification, as this Court determines that Petitioner has not shown violation of a substantial constitutional right. The Court notes that pursuant to Rule 22(b)(1), the Petitioner may now seek a certificate of appealability from the Eleventh Circuit. The Court will grant the Application to Proceed without Prepayment of Fees and Affidavit as to filing fees only.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Motion for a Certificate of Appealability [DE-74] is hereby **DENIED**;



2. The Application to Proceed without Prepayment of Fees and Affidavit [DE-73] is **GRANTED** as to filing fees only.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25 day of September, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Everald Kevin Dicks, #193141
Everglades Correctional Inst.
P.O. Box 949000
Miami, FL 33194-9000

Clerk's Office, Appeals Desk

Lynn Rosenthal, AUSA