IN THE
UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

FILED by _____ D.C.
OCT 6 - 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

EVERALD KEVIN DICKS
    Petitioner,

vs.

UNITED STATES OF AMERICA
    Respondent.

MOTION FOR CERTIFICATE OF APPEALABILITY
FROM THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

LOWER TRIBUNAL NO. 00-6147-CR-WPD

Everald Dicks #193141,
Pro Se
Everglades Correctional Inst.
P.O. Box 949000
Miami, FL 33194-9000



## MOTION FOR CERTIFICATE OF APPEALABILITY
## AND PERMISSION TO APPEAL IN FORMA PAUPERIS

This CAUSE is before the Court upon the District Court of the Southern District of Florida denial of Petitioner, Notice of Appeal [DE-74]. Petitioner did not feel a Notice of Appeal was the proper forum to disclose and address his grounds and reasons for an Appeal of the Court's September 9, 2003 order denying his August 28, 2003, Petition for Reconsideration of Sentence [DE-68]. Therefore on September 25, 2003 the Court denied Petitioner Notice of Appeal stating, "it consider Petitioner's Notice of Appeal [DE-74] as a motion for certificate of appealability and determines that Petitioner has not shown violation of a substantial constitutional right." As such, Petitioner will assert that the Notice of Appeal [DE-74] was filed because Petitioner feels the district court misconstrue the law believing it lack jurisdiction and authority to address, Petitioner, Motion for Reconsideration of Sentence [DE-68]. This misapprehension of law arise from the Government September 8, 2003, objection to defendant's motion for reconsideration [DE-69], this is not just a constitutional violation but a violation of Eleventh Circuit Court of Appeal precedent.

Wherefore Petitioner respectfully submit and pray that this court grant a certificate of appealability, whereas Petitioner can appeal the District Court denial of his Petition for Reconsideration of Sentence.

Respectfully submitted,

*Everald Dicks*

Everald Dicks #193141, Pro Se
Everglades Correctional Inst.
P.O. Box 949000
Miami, FL. 33194-9000

CERTIFICATE OF NON-COMPLIANCE

I CERTIFY that this motion does not complies with the court type-requirement because Petitioner is incarcerated in the Florida Department of Corrections which does not provide type-writer or any other means to get inmate's legal material typed to the Court's requirement.

*Everald Dicks*
Everald Dicks

2.

CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing was served by United States mail this 2nd day of October 2003, upon the United States Attorney office at 99 NE 4th Street, Miami, Florida 33132-2111 and Judge William P. Dimitrouleas, District Judge for the United States District Court for the Southern District of Florida at 299 East Broward Blvd., Fort Lauderdale, Florida 33301-1902.

*Everald Hicks*
Everald K. Dicks

3