**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

**CLARENCE MADDOX**
Court Administrator/Clerk of Court

```
Clerk's Office - Appeal #03-14911-CC      Date: November 25, 2003
U.S. Court of Appeals - Eleventh Circuit  USDC # 00-006147-CR-WPD
56 Forsyth St., N.W.                       USCA # 03-14911-CC
Atlanta, GA  30303
```

IN RE: **USA v. Everald Kevin Dicks**

===================================================================

**Certificate of Readiness and Transmittal of Record On Appeal**

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal.  The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

       <u>1</u>  Volume of Pleadings
       <u>5</u>  Volumes of Transcripts

      <u>X</u>  Exhibits:

        <u>1</u>  PSI (sealed)

Judge <u>The Honorable William P. Dimitrouleas</u>

                Sincerely,

       Clarence Maddox, Court Administrator/Clerk

By: _____ Deputy Clerk

Please Acknowledge Receipt of COR/ROA.

      _____
      Signature

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*



```
                                                          LSS       CLOSED
                                                          APPEAL
                          U.S. District Court
              Southern District of Florida (FtLauderdale)

              CRIMINAL DOCKET FOR CASE #: 00-CR-6147-ALL

USA v. Dicks                                              Filed: 06/01/00
Dkt# in other court: None

Case Assigned to: Judge Wilkie D. Ferguson, Jr.

EVERALD KEVIN DICKS (1) , DOB:         Neison Max Marks
7/31/71  Prisoner #56073-004             [term  08/30/02]
aka                                    FTS 356-7556
Lascelles Alexander Hall               [COR LD NTC pda]
    defendant                          Federal Public Defender's
 [term  08/30/02]                      Office
                                       1 E Broward Boulevard
                                       Suite 1100
                                       Fort Lauderdale, FL 33301
                                       954-356-7436

Defendant Assigned to: Judge William P. Dimitrouleas

Pending Counts:                        Disposition

8:1326A.F REENTRY OF DEPORTED          Imprisonment 63 months (62
ALIEN - FELONY                         months consecutive to State
(1)                                    sentence in 00-16135CF10A)
                                       Supervised Release 36 months;
                                       Assessment $100.00
                                       (1)


Offense Level (opening): 4


Terminated Counts:

    NONE



Complaints:

    NONE
```

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida

By _____
                    Deputy Clerk
Date 11/25/03

```
Docket as of November 24, 2003 1:00 pm              Page 1
```

```
Proceedings include all events.                                    LSS
0:00cr6147-ALL USA v. Dicks                              CLOSED  APPEAL
```

EVERALD KEVIN DICKS, also known as Lascelles Alexander Hall,
DOB: 7/31/71 Prisoner #56073-004

       defendant

========================

USA

       plaintiff

U. S. Attorneys:

  Lynn Dena Rosenthal, AUSA
  FTS 356-7336
  954-356-7255
  [COR LD NTC]
  United States Attorney's Office
  500 E Broward Boulevard
  7th Floor
  Fort Lauderdale, FL 33394-3002
  954-356-7255

  PTS Officer
  954-769-5600
  [COR LD NTC]
  Pretrial Services Office
  101 NE 3rd Avenue
  Suite 200
  Fort Lauderdale, FL 33301
  954-769-5600

  Probation Officer
  FTS 769-5566
  954-769-5500
  [COR LD NTC]
  United States Probation Office
  299 E Broward Boulevard
  Room 409
  Fort Lauderdale, FL 33301-1865
  954-769-5500

```
Proceedings include all events.                                    LSS
0:00cr6147-ALL USA v. Dicks        Beg. Vol. 1          CLOSED APPEAL
```

| 6/1/00 | ① | INDICTMENT as to Everald Kevin Dicks (1) count(s) 1 (Criminal Category 1) (dd) [Entry date 06/02/00] |
|---|---|---|
| 6/1/00 | -- | Magistrate identification:  Magistrate Judge Lurana S. Snow (dd) [Entry date 06/02/00] |
| 6/1/00 | ② | ARREST WARRANT issued as to Everald Kevin Dicks . Warrant issued by Magistrate Judge Lurana S. Snow   Bail fixed at PTD Requested (dd) [Entry date 06/02/00] |
| 8/25/00 | ③ | ORDER transferring defendant to Clerk's suspended file until time of arrest as to Everald Kevin Dicks ( Signed by Judge Wilkie D. Ferguson Jr. on 8/25/00) CCAP [EOD Date: 8/28/00] CCAP△ (dp) [Entry date 08/28/00] |
| 1/31/02 | ④ | PETITION by USA  for Writ of Habeas Corpus ad prosequendum on 2/14/02 as to Everald Kevin Dicks (dp) [Entry date 02/01/02] |
| 2/12/02 | ⑤ | WRIT of Habeas Corpus ad Prosequendum issued as to Everald Kevin Dicks  for 2/14/02 granting [4-1] petition as to Everald Kevin Dicks (1)   ( Signed by Magistrate Judge Lurana S. Snow on 2/12/02) [EOD Date: 2/13/02] (dp) [Entry date 02/13/02] |
| 2/12/02 | ⑥ | NOTICE of availability and demand for speedy trial by Everald Kevin Dicks (dp) [Entry date 02/13/02] |
| 3/4/02 | ⑦ | ARREST WARRANT Returned Executed as to Everald Kevin Dicks on 3/4/02 (dp) [Entry date 03/05/02] |
| 3/4/02 | -- | ARREST of Everald Kevin Dicks (dp) [Entry date 03/05/02] |
| 3/4/02 | ⑧ | REPORT Commencing Criminal Action as to Everald Kevin Dicks DOB: 7/31/71  Prisoner # 56073-004 (dp) [Entry date 03/05/02] |
| 3/4/02 | ⑨ | Minutes of initial appearance held on 3/4/02  before Magistrate Judge Lurana S. Snow as to Everald Kevin Dicks ; PTD/Arraignment reset to 3/8/02 and Inquiry re counsel set for 3/6/02 Court Reporter Name or Tape #: 02-10/2428 (dp) [Entry date 03/06/02] |
| 3/4/02 | ⑩ | ORDER on Initial Appearance as to Everald Kevin Dicks Bond set to No bond set for Everald Kevin Dicks.   Arraignment set for 11:00 3/8/02 for Everald Kevin Dicks ; Report re counsel set for 11:00 3/6/02 for Everald Kevin Dicks ; Detention hearing set for 11:00 3/8/02 for Everald Kevin Dicks ;   before Magistrate Judge Lurana S. Snow, ,  ( Signed by Magistrate Judge Lurana S. Snow  on 3/4/02) CCAP (dp) [Entry date 03/06/02] |

```
Docket as of November 24, 2003 1:00 pm                    Page 3
```

Proceedings include all events.                                              LSS
0:00cr6147-ALL USA v. Dicks          Vol. 1 cont.           CLOSED APPEAL

3/6/02   (11)   Minutes of inquiry re counsel/arraignment held on 3/6/02
                before Magistrate Judge Lurana S. Snow as to Everald Kevin
                Dicks; $100,000 CSB w/Nebbia   Court Reporter Name or Tape
                #: 02-14/3029 (dp) [Entry date 03/07/02]

3/6/02   (12)   STANDING DISCOVERY ORDER as to Everald Kevin Dicks   all
                motions concerning matters not covered by this order must
                be filed within 28 days of this order ( Signed by
                Magistrate Judge Lurana S. Snow on 3/6/02)  Tape #  CCAP (dp)
                [Entry date 03/07/02]

3/6/02   (13)   ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                as to Everald Kevin Dicks   Status conference set for 11:00
                3/21/02 for Everald Kevin Dicks   before Judge Wilkie D.
                Ferguson Jr. ( Signed by Magistrate Judge Lurana S. Snow on
                3/6/02) [EOD Date: 3/7/02]   CCAP (dp) [Entry date 03/07/02]

3/6/02   (14)   ARRAIGNMENT INFORMATION SHEET for Everald Kevin Dicks (1)
                count(s) 1   NOT GUILTY PLEA ENTERED as to all counts.
                Court accepts plea. (dp) [Entry date 03/08/02]

3/7/02   (15)   DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by
                Everald Kevin Dicks (dp) [Entry date 03/11/02]

3/8/02   (16)   NOTICE of Assignment of Assistant Public Defender for
                Everald Kevin Dicks . Terminated   AFPD Neison Max Marks
                assigned. (dp) [Entry date 03/11/02]

3/12/02  (17)   RESPONSE to Standing Discovery Order by USA  as to Everald
                Kevin Dicks (dp) [Entry date 03/13/02]

3/18/02  (18)   SECOND RESPONSE to Standing Discovery Order by USA  as to
                Everald Kevin Dicks (dp) [Entry date 03/19/02]

3/19/02  (19)   MOTION with Memorandum in Support by Everald Kevin Dicks
                to compel discovery (ss) [Entry date 03/20/02]

3/21/02  (20)   Minutes of status conference held on 3/21/02  before
                Magistrate Barry S. Seltzer as to Everald Kevin Dicks ;
                Court Reporter Name or Tape #: 02-19/576 (dp)
                [Entry date 03/22/02]

3/21/02   --    Status conference as to Everald Kevin Dicks  held  before
                Magistrate Barry S. Seltzer (dp) [Entry date 03/22/02]

3/21/02  (21)   STATUS REPORT ORDER as to Everald Kevin Dicks  . ( Signed
                by Magistrate Barry S. Seltzer on 3/21/02) [EOD Date:
                3/22/02] CCAP (dp) [Entry date 03/22/02]

3/21/02   --    Status conference as to Everald Kevin Dicks  held  before
                Magistrate Barry S. Seltzer (dp) [Entry date 03/22/02]

```
Proceedings include all events.                                        LSS
0:00cr6147-ALL USA v. Dicks          Vol. 1 cont.          CLOSED APPEAL
```

3/22/02  (22)    SCHEDULING ORDER as to Everald Kevin Dicks  setting
                 Calendar Call for 3:15 4/15/02 for Everald Kevin Dicks ;
                 Jury Trial for 4/22/02 for Everald Kevin Dicks ;   before
                 Judge Wilkie D. Ferguson Jr.  ( Signed by Judge Wilkie D.
                 Ferguson Jr. on 3/21/02) [EOD Date: 3/25/02]  CCAP (dp)
                 [Entry date 03/25/02]

3/28/02  (23)    MOTION with Memorandum in Support by Everald Kevin Dicks
                 to compel discovery (dp) [Entry date 03/29/02]

4/8/02   (24)    RESPONSE by USA  as to Everald Kevin Dicks re [23-1] motion
                 to compel discovery (dp) [Entry date 04/09/02]

4/9/02   (25)    JOINYT STATUS REPORT by USA as to Everald Kevin Dicks (dp)
                 [Entry date 04/10/02]

4/10/02  (26)    MOTION by Everald Kevin Dicks to continue trial (dp)
                 [Entry date 04/11/02]

4/12/02  (27)    NOTICE of Hearing as to Everald Kevin Dicks :  reset
                 calendar call for 2:00 4/29/02 for Everald Kevin Dicks
                 before Judge Wilkie D. Ferguson Jr.,  reset Jury trial
                 for 5/6/02 for Everald Kevin Dicks  before Judge Wilkie D.
                 Ferguson Jr., to Continue in Interest of Justice
                 4/12-4/29 (dp) [Entry date 04/15/02]

4/15/02  (28)    ORDER as to Everald Kevin Dicks  denying [23-1] motion to
                 compel discovery as to Everald Kevin Dicks (1), denying
                 [19-1] motion to compel discovery as to Everald Kevin Dicks
                 (1) ( Signed by Magistrate Judge Lurana S. Snow on 4/15/02)
                 [EOD Date: 4/16/02] CCAP∆ (dp) [Entry date 04/16/02]

4/16/02  (29)    MOTION by USA  as to Everald Kevin Dicks to continue
                 trial (dp) [Entry date 04/17/02]

4/29/02  (30)    ORDER as to Everald Kevin Dicks  granting [29-1] motion to
                 continue trial as to Everald Kevin Dicks (1) to Continue
                 in Interest of Justice,  reset calendar call for 3:15
                 5/28/02 for Everald Kevin Dicks  before Judge Wilkie D.
                 Ferguson Jr. ( Signed by Judge Wilkie D. Ferguson Jr. on
                 4/29/02) [EOD Date: 4/30/02] CCAP∆ (dp)
                 [Entry date 04/30/02]

5/28/02  (31)    Minutes of calendar call held on 5/28/02  before Judge
                 Wilkie D. Ferguson Jr. as to Everald Kevin Dicks ;  Court
                 Reporter Name or Tape #: Carly Horenkamp (dp)
                 [Entry date 05/29/02]

5/28/02   --     Calendar call  as to Everald Kevin Dicks held  before Judge
                 Wilkie D. Ferguson Jr. (dp) [Entry date 05/29/02]

5/30/02  (32)    MOTION by Everald Kevin Dicks to continue trial (dp)
                 [Entry date 05/30/02]

Proceedings include all events.                                                    LSS
0:00cr6147-ALL USA v. Dicks                    CLOSED APPEAL

5/30/02  (33)   ORDER as to Everald Kevin Dicks  denying [32-1] motion to
                continue trial as to Everald Kevin Dicks (1) ( Signed by
                Judge Wilkie D. Ferguson Jr. on 5/30/02) [EOD Date:
                5/31/02] CCAP△ (dp) [Entry date 05/31/02]

5/30/02  (34)   NOTICE of Hearing as to Everald Kevin Dicks :  set Jury
                trial for 9:00 6/3/02 for Everald Kevin Dicks   before
                Judge Wilkie D. Ferguson Jr. (dp) [Entry date 05/31/02]

6/17/02  (35)   Minutes of Calendar Call/Status Conference held on 6/17/02
                before Judge William P. Dimitrouleas as to Everald Kevin
                Dicks; Calendar Call 6/18/02 at 1:30; Court Reporter Name
                or Tape #: Bob Ryckoff (ss) [Entry date 06/18/02]

6/17/02  --     Calendar call as to Everald Kevin Dicks held before Judge
                William P. Dimitrouleas (ss) [Entry date 06/18/02]

6/18/02  (36)   Minutes of Calendar Call/Status Conference held on 6/18/02
                before Judge William P. Dimitrouleas as to Everald Kevin
                Dicks; Jury Selection and Trial 6/19/02 at 9:00; Court
                Reporter Name or Tape #: Bob Ryckoff (ss)
                [Entry date 06/19/02]

6/18/02  --     Calendar call as to Everald Kevin Dicks held before Judge
                William P. Dimitrouleas (ss) [Entry date 06/19/02]

6/19/02  (37)   Minutes of Jury Selection and Trial Day 1 held on 6/19/02
                before Judge William P. Dimitrouleas as to Everald Kevin
                Dicks; Day 2 6/20/02 at 12:30; Court Reporter Name or Tape
                #: Carly (ss) [Entry date 06/20/02]

6/19/02  --     Voir dire begun as to Everald Kevin Dicks (1) count(s) 1 (ss)
                [Entry date 06/20/02]

6/19/02  --     Jury trial as to Everald Kevin Dicks held before Judge
                William P. Dimitrouleas (ss) [Entry date 06/20/02]

6/20/02  (38)   Court's Jury instructions as to Everald Kevin Dicks (lh)
                [Entry date 06/21/02]

6/20/02  (39)   Exhibit and Witness List by USA as to Everald Kevin Dicks
                (lh) [Entry date 06/21/02]

6/20/02  (40)   JURY VERDICT as to Everald Kevin Dicks Guilty: Everald
                Kevin Dicks (1) count(s) 1 (lh) [Entry date 06/21/02]

6/20/02  (41)   STIPULATION  re: alien status by Everald Kevin Dicks, USA
                (lh) [Entry date 06/21/02]

6/20/02  (42)   STIPULATION  re: Immigration Hearing by Everald Kevin
                Dicks, USA (lh) [Entry date 06/21/02]

```
Proceedings include all events.                                    LSS
0:00cr6147-ALL USA v. Dicks          Vol. 1 cont.        CLOSED APPEAL
```

6/20/02  (43)  Minutes of jury trial day 2 held on 6/20/02 before Judge
               William P. Dimitrouleas as to Everald Kevin Dicks ;  Court
               Reporter Name or Tape #: Bob Carey (lh)
               [Entry date 06/20/02]

6/20/02  (44)  Release of exhibits as to Everald Kevin Dicks  Released to:
               John R. Soleh (USBP) (lh) [Entry date 06/21/02]
               [Edit date 06/27/02]

6/20/02  (45)  NOTICE of Hearing as to Everald Kevin Dicks :  setting
               Sentencing for 9:45 8/29/02 in Courtroom 203E for Everald
               Kevin Dicks (lh) [Entry date 06/21/02]

6/21/02  (46)  ORDER as to Everald Kevin Dicks transferring defendant to
               the Honorable William P. Dimitrouleas for trial (Signed by
               Judge Wilkie D. Ferguson Jr. on 6/21/02 now for 6/17/02)
               [EOD Date: 6/24/02] CCAPΔ (ss) [Entry date 06/24/02]
               [Edit date 11/25/03]

6/21/02  --    DEFENDANT REASSIGNMENT as to Everald Kevin Dicks to Judge
               William P. Dimitrouleas (ss) [Entry date 06/24/02]

7/8/02   (47)  EXHIBITS by Everald Kevin Dicks re: necessity (ss)
               [Entry date 07/09/02]

8/1/02   (48)  SENTENCING MEMORANDUM by Everald Kevin Dicks (dp)
               [Entry date 08/02/02]

8/9/02   (49)  Letter re sentencing  by Everald Kevin Dicks (dp)
               [Entry date 08/12/02]

8/29/02  (50)  Minutes of Sentencing held on 8/29/02 before Judge William
               P. Dimitrouleas as to Everald Kevin Dicks; Court Reporter
               Name or Tape #: Bob Ryckoff (ss) [Entry date 08/30/02]

8/29/02  --    Sentencing held before Judge William P. Dimitrouleas
               Everald Kevin Dicks (1) count(s) 1 (ss)
               [Entry date 09/03/02]

8/30/02  (51)  JUDGMENT as to Everald Kevin Dicks (1) count(s) 1.
               Imprisonment 63 months (62 months consecutive to State
               sentence in 00-16135CF10A) Supervised Release 36 months;
               Assessment $100.00 (Signed by Judge William P. Dimitrouleas
               on 8/30/02) [EOD Date: 9/3/02] CCAP (ss)
               [Entry date 09/03/02]

9/3/02   (52)  NOTICE OF APPEAL by Everald Kevin Dicks re: [51-1] judgment
               order  EOD Date: 9/3/02; Everald Kevin Dicks (1) count(s) 1;
               Filing Fee: $ NO FEE REQUIRED - FPD. Copies to USCA, AUSA,
               USM, USPO and Counsel of Record. (gf) [Entry date 09/04/02]

9/4/02   --    Certified copies of Notice of Appeal, Docket and Order
               under appeal to USCA: as to Everald Kevin Dicks [52-1]
               appeal (gf) [Entry date 09/04/02]

Proceedings include all events.                                                    LSS
0:00cr6147-ALL USA v. Dicks            *Vol. 1 cont.*        CLOSED APPEAL

9/11/02  --      NOTICE of Receipt of Notice of Appeal Transmittal Letter
                 from USCA  on 9/11/02 as to Everald Kevin Dicks  Re: [52-1]
                 appeal   USCA Number: 02-14835-H (dl) [Entry date 09/12/02]

9/11/02  (53)    TRANSCRIPT INFORMATION FORMS (2) as to Everald Kevin Dicks
                 re: [52-1] appeal   received on 9/12/02 from Court Reporter.
                 (Returned to Court Reporter Coordinator) (gf)
                 [Entry date 09/12/02]

9/23/02  (54)    Acknowledgement of Transcript Information Formas to Everald
                 Kevin Dicks re: [52-1] appeal  by Everald Kevin Dicks
                 Transcript of: Pre-Trial Proceedings and Sentence held
                 6/17/02, 6/18/02, 8/29/02Transcript due on: 10/21/02 for
                 Everald Kevin Dicks ;  Court Reporter name: Robert Ryckoff
                 (gf) [Entry date 09/25/02]

9/24/02  (55)    Acknowledgement of Transcript Information Form as to
                 Everald Kevin Dicks re: [52-1] appeal  by Everald Kevin
                 Dicks Transcript of: Trial Proceedings held 6/19/02 &
                 6/20/02. Transcript due on: 10/15/02 for Everald Kevin
                 Dicks  Court Reporter name: Carly Horenkamp (gf)
                 [Entry date 09/26/02]

10/4/02  56      TRANSCRIPT filed as to Everald Kevin Dicks  of Status
                 Conference held 6/17/02  before Judge William P.
                 Dimitrouleas  Volume #: 1  Pages: 1-5  re: [52-1] appeal .
                 Appeal record due on 10/21/02 for Everald Kevin Dicks (gf)
                 [Entry date 10/04/02]                              *Vol. 2*

10/4/02  57      TRANSCRIPT filed as to Everald Kevin Dicks  of Status
                 Conference held 6/18/02  before Judge William P.
                 Dimitrouleas  Volume #: 1  Pages: 1-12  re: [52-1] appeal .
                 Appeal record due on 10/21/02 for Everald Kevin Dicks (gf)
                 [Entry date 10/04/02]                              *Vol. 3*

10/4/02  58      TRANSCRIPT filed as to Everald Kevin Dicks  of Sentence
                 held 8/29/02  before Judge William P. Dimitrouleas  Volume
                 #: 1  Pages: 1-26  re: [52-1] appeal . Appeal record due on
                 10/21/02 for Everald Kevin Dicks (gf) [Entry date 10/04/02] *Vol. 6*

10/4/02  (59)    Transcript Information Form as to Everald Kevin Dicks for
                 Transcript of: Status Conferences & Sentence held
                 6/17/02-6/18/02 & 8/29/02 filed re: [52-1] appeal  by
                 Everald Kevin Dicks (gf) [Entry date 10/04/02]

11/4/02  61      TRANSCRIPT filed as to Everald Kevin Dicks  of Jury Trial
                 held 6/19/02  before Judge William P. Dimitrouleas  Volume
                 #: 1  Pages: 1-264  re: [52-1] appeal . Appeal record due
                 on 11/19/02 for Everald Kevin Dicks (gf)
                 [Entry date 11/18/02]                            *Vol. 4*

Proceedings include all events.                                              LSS
0:00cr6147-ALL USA v. Dicks                                          CLOSED APPEAL

---

| 11/4/02 | 62 | TRANSCRIPT filed as to Everald Kevin Dicks of Jury Trial held 6/20/02 before Judge William P. Dimitrouleas Volume #: 2 Pages: 265-307 re: [52-1] appeal . Appeal record due on 11/19/02 for Everald Kevin Dicks (gf) [Entry date 11/18/02] Vol. 5 |

---

| 11/15/02 | 60 | MOTION by Everald Kevin Dicks to unseal transcript (ss) Vol.1 [Entry date 11/18/02] cont. |

---

| 11/18/02 | 63 | ORDER as to Everald Kevin Dicks granting [60-1] motion to unseal transcript as to Everald Kevin Dicks (1) (Signed by Judge William P. Dimitrouleas on 11/18/02) [EOD Date: 11/19/02] CCAP∆ (ss) [Entry date 11/19/02] |

| 12/17/02 | 64 | Certificate of readiness transmitted to USCA as to Everald Kevin Dicks re: [52-1] appeal by Everald Kevin Dicks USCA # 02-14835-H (dl) [Entry date 12/17/02] |

| 12/30/02 | -- | ACKNOWLEDGMENT of receipt by U.S.C.A. of: COR on 12/30/02; U.S.C.A. # 02-14835-H (dl) [Entry date 01/02/03] |

| 2/28/03 | -- | REQUEST from U.S.C.A. dated: 2/27/03 Re: Record on Appeal. Complied with on: 2/28/03 U.S.C.A. # 02-14835-HH (gf) [Entry date 02/28/03] |

| 3/11/03 | -- | ACKNOWLEDGMENT of receipt by U.S.C.A. of: Original Record on Appeal on 3/11/03; U.S.C.A. # 02-14835-HH (dl) [Entry date 03/12/03] |

| 8/25/03 | 65 | MANDATE OF USCA (certified copy) as to Everald Kevin Dicks RE: [52-1] appeal affirming judgment/order Everald Kevin Dicks (1) count(s) 1 Date Issued: 8/21/03 USCA Appeal #: 02-14835-HH; Copy to Judge. (gf) [Entry date 08/27/03] |

| 8/25/03 | -- | Record on appeal returned from U.S. Court of Appeals: [52-1] appeal by Everald Kevin Dicks USCA #: 02-14835-HH (gf) [Entry date 08/27/03] |

| 8/29/03 | 66 | PETITION by Everald Kevin Dicks for reconsideration of sentence (copy) (ss) [Entry date 09/02/03] |

| 9/2/03 | 67 | ORDER as to Everald Kevin Dicks [66-1] petition for reconsideration of sentence defers ruling for five days (Signed by Judge William P. Dimitrouleas on 9/2/03) [EOD Date: 9/3/03] CCAP∆ (ss) [Entry date 09/03/03] |

| 9/2/03 | 68 | MOTION by Everald Kevin Dicks for reconsideration of [51-1] judgment order (dg) [Entry date 09/03/03] |

| 9/8/03 | 69 | OBJECTION by USA as to Everald Kevin Dicks re [68-1] motion for reconsideration of [51-1] judgment order (ss) [Entry date 09/09/03] |

Docket as of November 25, 2003 12:20 pm                          Page 9

Proceedings include all events.                                              LSS
0:00cr6147-ALL USA v. Dicks          Vol. 1 cont.        CLOSED APPEAL

| | | |
|---|---|---|
| 9/9/03 | (70) | ORDER as to Everald Kevin Dicks denying [68-1] motion for reconsideration of [51-1] judgment order as to Everald Kevin Dicks (1) (Signed by Judge William P. Dimitrouleas on 9/9/03) [EOD Date: 9/10/03] CCAPΔ (ss) [Entry date 09/10/03] |
| 9/15/03 | (71) | MOTION by Everald Kevin Dicks for stay pending Government's response to petition for reconsideration of sentence, and for extension of time to reply (ss) [Entry date 09/16/03] |
| 9/16/03 | (72) | ORDER as to Everald Kevin Dicks denying [71-1] motion for stay pending Government's response to petition for reconsideration of sentence as to Everald Kevin Dicks (1), denying [71-2] motion for extension of time to reply as to Everald Kevin Dicks (1) (Signed by Judge William P. Dimitrouleas on 9/16/03) [EOD Date: 9/17/03] CCAPΔ (ss) [Entry date 09/17/03] |
| 9/19/03 | (73) | MOTION with Memorandum in Support by Everald Kevin Dicks to proceed in forma pauperis (tb) [Entry date 09/22/03] |
| 9/19/03 | (74) | NOTICE OF APPEAL by Everald Kevin Dicks re: [70-1] order EOD Date: 9/10/03; Everald Kevin Dicks (1) count(s) 1; Filing Fee: $ NO FEE PAID - PENDING IFP MOTION. Copies to USCA, AUSA, USM, USPO and Counsel of Record. (gf) [Entry date 09/23/03] |
| 9/23/03 | -- | Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to Everald Kevin Dicks [74-1] appeal (gf) [Entry date 09/23/03] |
| 9/26/03 | (75) | ORDER as to Everald Kevin Dicks denying motion for a certificate of appealability; granting [73-1] motion to proceed in forma pauperis as to Everald Kevin Dicks (1) (Signed by Judge William P. Dimitrouleas on 9/25/03) [EOD Date: 9/29/03] CCAPΔ (ss) [Entry date 09/29/03] |
| 10/1/03 | (76) | Transcript Information Form re:as to Everald Kevin Dicks [74-1] appeal by Everald Kevin Dicks . No transcript requested. No hearing. (vl) [Entry date 10/03/03] |
| 10/6/03 | -- | NOTICE of Receipt of Notice of Appeal Transmittal Letter from USCA on 10/6/03 as to Everald Kevin Dicks Re: [74-1] appeal USCA Number: 03-14911-C (gf) [Entry date 10/07/03] |
| 10/6/03 | (77) | AFFIDAVIT ACCOMPANYING MOTION by Everald Kevin Dicks to proceed in forma pauperis on appeal (gf) [Entry date 10/07/03] |
| 10/6/03 | (78) | MOTION by Everald Kevin Dicks for certificate of appealability (gf) [Entry date 10/07/03] |

```
Proceedings include all events.                                         LSS
0:00cr6147-ALL USA v. Dicks            Vol. 1 cont.         CLOSED APPEAL
```

| | | |
|---|---|---|
| 10/6/03 | (78) | NOTICE OF APPEAL by Everald Kevin Dicks re: [75-1] order EOD Date: 10/29/03; Filing Fee: $ NO FEE PAID/PENDING IFP MOTION. Copies to USCA, AUSA, USM, USPO and Counsel of Record. (gf) [Entry date 10/07/03] |
| 10/7/03 | -- | Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to Everald Kevin Dicks [78-1] appeal (gf) [Entry date 10/07/03] |
| 10/17/03 | -- | NOTICE of Receipt of Notice of Appeal Transmittal Letter from USCA on 10/17/03 as to Everald Kevin Dicks Re: [78-1] appeal  USCA Number: 03-14911-C (dl) [Entry date 10/20/03] |
| 11/24/03 | (79) | Certificate of Readiness and Transmittal of Record on Appeal to USCA as to Everald Kevin Dicks re: [78-1] appeal by Everald Kevin Dicks, [74-1] appeal by Everald Kevin Dicks USCA # 03-14911-CC (gf) [Entry date 11/24/03] |

End Vol. 1