AO 243 (Rev. 5/85)

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

00-6147-cr-wpd

| United States District Court | District SOUTHERN DISTRICT OF FLORIDA | |
|---|---|---|
| Name of Movant EVERALD KEVIN DICKS | Prisoner No. 56073-004 | Case No. 00-6147-CR-WPD |
| Place of Confinement McRAE CORRECTIONAL FACILITY, 1000A Jim Hammock Dr., McRae, GA31055 | | |

UNITED STATES OF AMERICA  v.  EVERALD KEVIN DICKS
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack SOUTHERN DISTRICT COURT OF FLORIDA, 299 E.Broward Blvd., Ft.Lauderdale, Fl 33301

2. Date of judgment of conviction August 29, 2002

3. Length of sentence 63mths. imprisonment followed by 3yrs. supervise release

4. Nature of offense involved (all counts) Illegal reentry after deportation

5. What was your plea? (Check one)
   (a) Not guilty  ☒
   (b) Guilty  ☐
   (c) Nolo contendere  ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☒
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐  No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒  No ☐

(2)

9. If you did appeal, answer the following:

   (a) Name of court __United States Court of Appeal Eleventh Circuit__

   (b) Result __Affirmed__

   (c) Date of result __July 23, 2003__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☒ No ☐

11. If your answer to 10 was "yes," give the following information:

    (a)(1) Name of court __Supreme Court of the United States__

    (2) Nature of proceeding __Petition for Writ of Certioari__

    (3) Grounds raised __WHEN A DEFENDANT PROFERRED A DEFENSE OF NECESSITY BECAUSE OF A LIFE THREATEN CONDITION IS IT A FACTUAL QUESTION FOR THE JURY OR THE COURT.__

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐ No ☒

    (5) Result __DENIED__

    (6) Date of result __February 23, 2004__

    (b) As to any second petition, application or motion give the same information:

    (1) Name of court __N/A__

    (2) Nature of proceeding __N/A__

    (3) Grounds raised __N/A__

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result_____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.      Yes ☐ No ☒
(2) Second petition, etc.    Yes ☐ No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

<u>Because my understandering is that a writ of certioari to the</u>

<u>United States Supreme Court is discretionary and not appealable.</u>

_____

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.
Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.
(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: **Defendant was denied effective assistance of counsel**

Supporting FACTS (state *briefly* without citing cases or law) Counsel Neison Marks was ineffective when he advise defendant that if he proceed to trial he was subject to only 63-78 months imprisonment which in reality defendant was subject to more time of 77-96 mths. Whereas if he would have known and was advised properly he probably would enter a plea agreement for lesser time which

B. Ground two: 

Supporting FACTS (state *briefly* without citing cases or law): 

C. Ground three: 

Supporting FACTS (state *briefly* without citing cases or law): 

(5)

Continue from page 5, Ground 1A. supporting facts:

was also mis-stated by counsel as 46-57 mths., when it would be 57-71 mths. in reality. By counsel misadvise, misrepresentation and ineffectiveness defendant thought he did not have much difference to lose or gain if he proceeded to trial or enter into a plea agreement.

At a pretrial hearing defendant petitioned the court to pospone trial as he was not confident in preceding to trial with counsel Neison Marks of the Federal Public Defender's Office mainly because there is a conflict of intrest and his family retain adequate counsel Abe Bailey to represent him. The court denied defendant's request stating "unless Mr. Baileyis here today and ready to proceed with trial defendant has to go to trial as plan or defendant could represent himself," at which time defendant chose not to represent his-self obviously because counsel was suppose to be more familiar with the court proceeding, rules and trial procedure furthermore petitioner was not prepared to precede Pro Se at that time and therefore forced to go to trial with ineffective counsel.

At the beginning of trial defendant again petitioned the court stating "counsel was not effective or ready to provide effective assistance because there is a conflict in regards to defendat defense strategy because Counsel does not want to proceed with it as defendant requested therefore defendant asked the court to dismiss Mr. Marks as counsel,". At this time the court dismiss the jury from the court room to have a hearing in regards

5a

to the conflict but defendant was not at free will and coherent to disclose his defense because he did not want to enlihgten the government therefore he mentioned a partial part of his defense and the court denied his request stating "that was not in evidence as yet."

Then at the closing of trial defendant made a final plea to the court by asking to allow him to present the closing argument to the jury because he was still not confident with counsel performance and Mr. Marks as counsel still refuse to address and present pertinent issues to the jury which are in evidence and as requested by defendant in regards to his defense and defendant would like for Mr. Marks to co-counsel at this stage of the trial. The court refused stating that "Mr. Marks is more grounded in the law than defendant," even though Mr. Marks himself assured the court that defendant was aware and familiar with the rules of the court and prepare to proceed with Mr.Marks guidance as co-counsel

Counsel and the court grave disregard for defendant due process, right to a fair trial, right to effective assistance of counsel, rights to a reason defense, right to address the jury, etc. violates defendant 5th, 6th and 14th Amendment of the constitution of the United States. Counsel's ineffectiveness was also highlighted in defendant direct appeal whereas the same ineffective counsel was appointed and allowed by the court to represent on his direct appeal to the Eleventh Circuit Court of Appeal.

For these reasons and facts stated defendant petition this honorable court to grant this motion and allow him to exercise his rights under the Constitution of the United States by vacating and setting aside his conviction and sentence and avail him of all other remedies permitted.

AO 243 (Rev. 5/85)

D. Ground four: _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: <u>These grounds were not presented on direct appeal because the same ineffective counsel was appointed by the court to represent defendant but the issues were highlight by defendant before and during trial as the transcripts will reveal.</u>

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐  No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing <u>Neison Marks, 1 E. Broward Blvd., Suite 1100 Ft. lauderdale, Florida 33301.</u>

    (b) At arraignment and plea <u>SAME AS ABOVE</u>

    (c) At trial <u>SAME AS ABOVE</u>

    (d) At sentencing <u>SAME AS ABOVE</u>

(6)

(e) On appeal: **SAME AS ABOVE**

(f) In any post-conviction proceeding **N/A**

(g) On appeal from any adverse ruling in a post-conviction proceeding **N/A**

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐ No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐ No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__8-24-04__.
(date)

_____
Signature of Movant

(7)

AO 243 (Rev. 5/85)

## MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

(If movant has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion in the federal court which entered the judgment.)

## MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

*Explanation and Instructions–Read Carefully*

(1) This motion must be legibly handwritten or typewritten, and signed by the movant under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt, your motion will be filed if it is in proper order. No fee is required with this motion.

(4) If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed *in forma pauperis*, in which event you must execute form AO 240 or any other form required by the court, setting forth information establishing your inability to pay the costs. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different judges or divisions either in the same district or in different districts, you must file separate motions as to each such judgment.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the motion you file seeking relief from any judgment of conviction.

(7) When the motion is fully completed, the original and at least two copies must be mailed to the Clerk of the United States District Court whose address is

(8) Motions which do not conform to these instructions will be returned with a notation as to the deficiency.

AO 240 (Rev. 9/96)

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

EVERALD KEVIN DICKS  
Plaintiff

V.

UNITED STATES OF AMERICA  
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 006147-CR-WPD

I, _EVERALD DICKS_ declare that I am the (check appropriate box)

[x] petitioner/plaintiff/movant   [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   [x] Yes   [ ] No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration _McRae Correctional Facility_

   Are you employed at the institution? _no_   Do you receive any payment from the institution? _no_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   [ ] Yes   [x] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. December 1991, $300 per week, USA Rent-A-Car, John F. Kennedy Airport, Queens, New York.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment   [ ] Yes   [x] No
   b. Rent payments, interest or dividends   [ ] Yes   [x] No
   c. Pensions, annuities or life insurance payments   [ ] Yes   [x] No
   d. Disability or workers compensation payments   [ ] Yes   [x] No
   e. Gifts or inheritances   [ ] Yes   [x] No
   f. Any other sources   [ ] Yes   [x] No

If the answer to any of the above is "Yes" describe each source of money and state the amount received and