UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 04-61133-CIV-DIMITROULEAS
                              (00-6147-CR-DIMITROULEAS)
Plaintiff,

vs.

EVERALD K. DICKS,

Defendant.
_____/

FILED by ___ D.C.

SEP 3 1 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER DIRECTING RESPONSE

THIS CAUSE having come before the Court on Defendant's August 24, 2004 Motion to Vacate [DE-1], the Court defers ruling for ten (10) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of September, 2004.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Scott Behnke, AUSA

Everald Dicks, #56073-004
c/o McRae Corr. Facility
1000A Jim Hammock Drive
McRae, GA 31055

