UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-61133-CIV-DIMITROULEAS
(00-6147-CR-DIMITROULEAS)

EVERALD KEVIN DICKS,

      Movant,

v.

UNITED STATES OF AMERICA,

      Respondent.
_____/

FILED by _____ D.C.
SEP 20 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

O R D E R

Upon motion of the government, and good cause appearing therefor, it is hereby

ORDERED that the government's Moton for an Enlargement of Time to Respond to Movant's §2255 Motion to Vacate and Set Aside Sentencing be granted/~~denied~~, it is further

ORDERED that the government shall respond to movant's motion on or before the 8 day of October, 2004.

DONE AND ORDERED this 20 day of September, 2004, at Fort Lauderdale, Florida.

WILLIAM P. DIMITROULEAS
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Everald Dicks, #55073-004
c/o McRae Correctional Facility
1000A Jim Hammock Drive
McRae, GA 31055

Scott Behnke, AUSA

